**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KOINONIA CONSTRUCTION INC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  IMPACT ROOFING** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2683016** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2403 N 5TH STREET**<br>**Elko, NV 89801**<br>Number, Street, City, State & ZIP Code<br><br>**Elko**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2403 N 5TH STREET Elko, NV 89801**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **KOINONIA CONSTRUCTION INC**                                    Case number (*if known*)
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **KOINONIA CONSTRUCTION INC**                                            Case number (*if known*) _____
            Name

List all cases. If more than 1,         Debtor _____        Relationship _____
attach a separate list                  District _____ When _____ Case number, if known _____

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other **HOUSES IN ESCROW THAT REQUIRE BANKRUPTCY COURT APPROVAL TO CLOSE.**

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  **KOINONIA CONSTRUCTION INC**
Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2026**
MM / DD / YYYY

**X** **/s/ LUKE FITZGERALD**
Signature of authorized representative of debtor

**LUKE FITZGERALD**
Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ STEPHEN R. HARRIS**
Signature of attorney for debtor

Date **April  3, 2026**
MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone    **775-786-7600**    Email address    **steve@harrislawreno.com**

**001463 NV**
Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Fill in this information to identify the case:**

Debtor name    **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 3, 2026**     X **/s/ LUKE FITZGERALD**
                                                Signature of individual signing on behalf of debtor

                                                **LUKE FITZGERALD**
                                                Printed name

                                                **PRESIDENT**
                                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **KOINONIA CONSTRUCTION INC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1ST SOURCE BANK PO BOX 4055 South Bend, IN 46634** | | **SECURED BY VOLVO 235 EXCAVATOR** | | **$160,362.96** | **$125,000.00** | **$35,362.96** |
| **ALSIDE SUPPLY CENTER 2875 SOUTH 1030 WEST Salt Lake City, UT 84119** | | **GOODS/ SERVICES FOR BUSINESS** | | | | **$9,876.69** |
| **BRAEMAR HVAC 717 W. IDAHO STREET Elko, NV 89801-2882** | | **GOODS/ SERVICES FOR BUSINESS** | | | | **$4,762.67** |
| **CAPITAL ONE PO BOX 31293 Salt Lake City, UT 84131-1293** | | **BUSINESS CREDIT CARD PURCHASES** | | | | **$110,819.74** |
| **CHASE PO BOX 6294 Carol Stream, IL 60197-6294** | | **BUSINESS CREDIT CARD PURCHASES** | | | | **$20,746.81** |
| **ELKO DAILY FREE PRESS LEE ADVERTISING PO BOX 4690 Carol Stream, IL 60197-4690** | | **GOODS/ SERVICES FOR BUSINESS** | | | | **$3,803.95** |
| **ELKO TRUSS PO BOX 1884 Elko, NV 89803** | | **GOODS/ SERVICES FOR BUSINESS** | | | | **$5,394.00** |
| **FINANCIAL PACIFIC LEASING 3455 SOUTH 344TH WAY, SUITE 300 Auburn, WA 98001** | | **SECURED BY 2016 CATERPILLAR 420F2ST BACKHOE** | | **$64,035.17** | **$30,000.00** | **$34,035.17** |

| Debtor | **KOINONIA CONSTRUCTION INC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HOME DEPOT CREDIT SERVICES** P.O. BOX 790328 ST. LOUIS, MO 63179 | | **BUSINESS CREDIT CARD PURCHASES** | | | | $61,367.97 |
| **LANSING BUILDING PRODUCTS** PO BOX 6649 Richmond, VA 23230-0629 | | **GOODS/ SERVICES FOR BUSINESS** | | | | $16,904.11 |
| **LUKE FITZGERALD** 2403 N 5TH STREET Elko, NV 89801 | | **MONEY LOANED FOR BUSINESS** | | | | $9,898.16 |
| **MP&E CONSTRUCTION, INC.** 2403 N 5TH STREET Elko, NV 89801 | | **MONEY LOANED FOR BUSINESS** | | | | $289,227.95 |
| **PARKER SOLUTIONS LLC** 303 3RD STREET, STE. B Elko, NV 89801-3686 | | **GOODS/ SERVICES FOR BUSINESS** | | | | $8,503.35 |
| **QUALITY TRUSS & LUMBER** 21005 HIGHWAY 30 Filer, ID 83328 | | **GOODS/ SERVICES FOR BUSINESS** | | | | $30,093.26 |
| **SCOTT SILVER** HC 62 BOX 62259 Eureka, NV 89316 | | **GOODS/ SERVICES FOR BUSINESS** | | | | $9,000.00 |
| **STEWART TITLE & TRUST** C/O BRIAN & MARCO ZAMORA GREEN 3104 E. CAMELBACK RD., #620 Phoenix, AZ 85016 | | **SECURED BY METZLER APN 001740020 LAND IN CONTRACT** | | $155,000.00 | $150,000.00 | $5,000.00 |
| **US SMALL BUSINESS ADMINISTRATION SBA DISASTER LOAN SERVICE CENTER** 1545 HAWKINS BLVD, STE 202 El Paso, TX 79925 | | **MONEY LOANED FOR BUSINESS** | | $2,024,624.43 | $0.00 | $2,024,624.43 |
| **WAFD BANK** PO BOX 1460 Boise, ID 83701-1460 | | **BUSINESS CREDIT CARD PURCHASES** | | | | $8,169.95 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor   **KOINONIA CONSTRUCTION INC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WELLS FARGO BUSINESS CARD PO BOX 77033 Minneapolis, MN 55480-7733** | | **BUSINESS CREDIT CARD PURCHASES** | | | | **$6,668.65** |
| **WONDERLAND TRUST ATTN: ROBERT FITZGERALD, TRUSTEE PO BOX 8070 Reno, NV 89507** | | **MONEY LOANED FOR BUSINESS** | | | | **$154,955.55** |

**Fill in this information to identify the case:**

Debtor name **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B*................................................................................................. $  **4,699,400.00**

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*............................................................................................. $  **775,976.89**

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*............................................................................................... $  **5,475,376.89**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $  **5,996,530.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $  **0.00**

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$  **775,157.85**

4. **Total liabilities** ...............................................................................................................................
 Lines 2 + 3a + 3b  $  **6,771,688.66**

**Fill in this information to identify the case:**

Debtor name    **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | **$12.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **WAFED BANK** | **CHECKING** | **8652** | **$146.21** |
| 3.2. | **WAFED BANK** | **CHECKING** | **9915** | **$176.23** |
| 3.3. | **WAFED BANK** | **CHECKING** | **9923** | **$87.20** |
| 3.4. | **WAFED BANK** | **CHECKING** | **9931** | **$255.11** |
| 3.5. | **WAFED BANK** | **SAVINGS** | **8660** | **$55.18** |
| 3.6. | **ELKO FEDERAL CREDIT UNION** | **SAVINGS** | | **$109.78** |

Debtor   **KOINONIA CONSTRUCTION INC**          Case number *(If known)* _____
      Name

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                             **$841.71**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.

    ■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

        7.1.  **SOUTHWEST GAS SECURITY DEPOSIT**               **$8,520.46**

        7.2.  **FOURTH JUDICIAL DISTRICT COURT**
              **MONEY HELD IN DIVORCE ACTION**          **$51,291.69**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                 **$59,812.15**

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.

    ■ Yes Fill in the information below.

11.      **Accounts receivable**

      11a. 90 days old or less:       **22,695.91**  -         **0.00**  = ....      **$22,695.91**
                                  face amount                   doubtful or uncollectible accounts

12.      **Total of Part 3.**                                             **$22,695.91**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**      **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.

    ☐ Yes Fill in the information below.

**Part 5:**      **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.

    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor   **KOINONIA CONSTRUCTION INC**                    Case number *(If known)* _____
_____
Name

19.   **Raw materials**
      **WINDOW SUPPLIES**          02/28/2026          $5,000.00     **DEBTOR**                    $5,000.00

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                            | $5,000.00 |

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **3 DESKS, 3 CHAIRS, 1 PLOTER** | Unknown | **DEBTOR** | $275.00 |
| **MISCELLANEOUS STAGING FURNITURE** | Unknown | **DEBTOR** | $2,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **3 LAPTOPS, 2 PRINTERS** | Unknown | **DEBTOR** | $500.00 |
| **MISCELLANEOUS TOOLS** | Unknown | **DEBTOR** | $3,000.00 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor    **KOINONIA CONSTRUCTION INC**    Case number *(If known)* _____
      Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                              **$6,275.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2004 VOLVO VHD 14X4 SUPER 18 DUMP TRUCK** | Unknown | DEBTOR | $15,000.00 |
| 47.2.  **1991 FORD F-700 4X2 FLATBED DUMP TRUCK** | Unknown | DEBTOR | $1,000.00 |
| 47.3.  **2003 FORD F-350 4X2 FLATBED DUMP TRUCK** | Unknown | DEBTOR | $1,000.00 |
| 47.4.  **2010 MINI COOPER** | Unknown | DEBTOR | $1,000.00 |
| 47.5.  **2018 TOW-MASTER T-50 36 FT TRI/A EQUIPMENT TRAILER** | Unknown | DEBTOR | $20,000.00 |
| 47.6.  **2012 MACK CXU613 6X4 T/A DUMP TRUCK** | Unknown | DEBTOR | $15,000.00 |
| 47.7.  **1984 INTERNATIONAL F1954 6X4 T/A CAB & CHASSIS** | Unknown | DEBTOR | $2,500.00 |
| 47.8.  **1990 BMY HARSCO M923A2 4700 GALLON 6X6 WATER TRUCK** | Unknown | DEBTOR | $10,000.00 |
| 47.9.  **2020 DIAMOND C DUMP** | Unknown | DEBTOR | $7,000.00 |
| 47.10.  **TOY HAULER** | Unknown | DEBTOR | $6,000.00 |

Debtor   **KOINONIA CONSTRUCTION INC**                    Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.11. | **CAMP TRAILER** | **Unknown** | **DEBTOR** | $6,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| **2023 LANDHONOR UHA-16-3000G SKID STEER HITCH RECEIVER** | | **Unknown** | **DEBTOR** | $150.00 |
| **QUANTITY OF 7 FT X 6 IN X 5 FT IN SITE FENCE (UNUSED)** | | **Unknown** | **DEBTOR** | $100.00 |
| **QUANTITY OF (30) 7 FT 6 IN X 5 FT 6 IN POWDER COATED CANEX SITE FENCE (UNUSED)** | | **Unknown** | **DEBTOR** | $100.00 |
| **2023 EMILIANA SERBATOI AM-TANK 800 800 GAL SKID MOUNTD STEEL DIESEL FUEL TANK (UNUSED)** | | **Unknown** | **DEBTOR** | $1,500.00 |
| **2023 SUIHE F-10 10 FT FORK EXTENSIONS (UNUSED)** | | **Unknown** | **DEBTOR** | $150.00 |
| **BRIDGE (UNUSED)** | | **Unknown** | **DEBTOR** | $1,500.00 |
| **20 FT PORTABLE LOADING DOCK** | | **Unknown** | **DEBTOR** | $1,500.00 |
| **2023 SUIHE FB1920 19 FT X 20 FT FOLDING PORTABLE STORAGE BUILDING (UNUSED)** | | **Unknown** | **DEBTOR** | $10,000.00 |
| **2013 SKYTRAK 8042 TELEHANDLER** | | **Unknown** | **DEBTOR** | $20,000.00 |
| **2005 CAT TH460B TELEHANDLER** | | **Unknown** | **DEBTOR** | $25,000.00 |
| **2016 CATERPILLAR 420F2ST BACKHOE** | | **Unknown** | **DEBTOR** | $30,000.00 |
| **30 IN RIPPER EXCAVATOR BUCKET** | | **Unknown** | | $500.00 |
| **TWO 8 FT X 10 FT TRACK OUT DEVICE** | | **Unknown** | **DEBTOR** | $1,000.00 |
| **2023 AGROTK 40 FT ONE-WAY HIGH CUBE MULTI-DOOR STORAGE CONTAINER** | | **Unknown** | **DEBTOR** | $5,000.00 |

| Debtor | KOINONIA CONSTRUCTION INC | | Case number (If known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2023 SUIHE NC-40HQ -4 40 FT ONE-WAY HIGH CUBE MUTLI-DOOR STORAGE CONTAINER | Unknown | DEBTOR | | $5,000.00 |
| QUANTITY OF (6) 2023 FUEL SOLUTION SRI 4B-100.75 AINTERLOCKING TRAFFIC OR CONSTRUCTION BARRIER (UNUSED) | Unknown | DEBTOR | | $100.00 |
| 2023 AGROTK 40 FT HIGH CUBE MULTI-DOOR STORAGE CONTAINER | Unknown | DEBTOR | | $2,500.00 |
| 2001 CAT 980G WHEEL LOADER | Unknown | DEBTOR | | $30,000.00 |
| VOLVO 235 EXCAVATOR | Unknown | DEBTOR | | $125,000.00 |
| 2017 HAULOTTE 4527A TOWABLE LIFT | Unknown | DEBTOR | | $12,000.00 |
| QUANTITY OF ROAD SIGNS | Unknown | DEBTOR | | $50.00 |
| 20 FT FLATBED BODY BODY | Unknown | DEBTOR | | $500.00 |
| QUANTITY OF (21) ZEPHYR-STAND PARTS MISC SHOP, WAREHOUSE, CONSUMER | Unknown | DEBTOR | | $25.00 |
| 2001 TERRAMITE RIDE ON BROOM | Unknown | DEBTOR | | $500.00 |
| PIPE WHEEL LOADER FORKS | Unknown | DEBTOR | | $500.00 |
| GRADALL 9140 5082 16 FT JIB | Unknown | DEBTOR | | $400.00 |
| WOLVERINE ZW-PBS0072W 72 IN. HYDRAULIC SKID STEER BROOM | Unknown | DEBTOR | | $200.00 |
| SUIHE 40 FT CONTAINER | Unknown | DEBTOR | | $5,000.00 |
| 2016 CATEPILLAR PC104B 18 IN. HYDRAULIC SKID STEER PLANER | Unknown | DEBTOR | | $1,500.00 |
| 40 IN. SPADE SKID STEER BUCKET | Unknown | DEBTOR | | $100.00 |
| JBX 4000 48 IN. SKID STEER FORKS | Unknown | DEBTOR | | $300.00 |
| 48 IN. SKID STEER FORKS | Unknown | DEBTOR | | $300.00 |
| 2007 JLG G943A 9000 LB 4X4X4 TELESCOPIC FORKLIFT | Unknown | DEBTOR | | $15,000.00 |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(If known)* _____
     Name

| | | | |
|---|---|---|---|
| **TMG PC90 PLATE COMPACTOR** | Unknown | DEBTOR | $150.00 |
| **MOWER KING SSRC 72 IN. SKID STEER MOWER** | Unknown | DEBTOR | $50.00 |
| **TERAN RIPPEREC140 EXCAVATOR RIPPER** | Unknown | DEBTOR | $150.00 |
| **12 FT X 9 FT ROCK SCREEN** | Unknown | DEBTOR | $1,000.00 |
| **2005 HYUNDAI ROBEX 450LC-7 HYDRAULIC EXCAVATOR** | Unknown | DEBTOR | $15,000.00 |
| **2021 CAT** | Unknown | DEBTOR | $25,000.00 |
| **2020 DIAMOND C DOVE** | Unknown | DEBTOR | $10,000.00 |
| **KOMATSU DOZER** | Unknown | DEBTOR | $25,000.00 |
| **CAT 835 SHEEPFOOT** | Unknown | DEBTOR | $15,000.00 |
| **CASE 785 GRADER** | Unknown | DEBT0R | $0.00 |

51.    **Total of Part 8.**                    | $471,325.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **KOINONIA CONSTRUCTION INC**                              Case number *(If known)* _____
_____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **MOUNTAIN VIEW**<br>**APN:  MULTIPLE**<br>**16 LOTS REMAINING**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $400,000.00 |
| 55.2. | **METZLER**<br>**APN 001740020**<br>**LAND**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $150,000.00 |
| 55.3. | **2413 N 5TH STREET,**<br>**ELKO, NV**<br>**APN:  00161M003**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $350,000.00 |
| 55.4. | **2421 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M005**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $350,000.00 |
| 55.5. | **2427 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M007**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $355,000.00 |
| 55.6. | **2489 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M019**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $340,000.00 |
| 55.7. | **2503 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M021**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $345,000.00 |
| 55.8. | **2505 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M022**<br>**TOWNHOUSE**<br>**IN CONTACT** | Fee simple | Unknown | DEBTOR | $345,000.00 |
| 55.9. | **2511 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M023**<br>**TOWNHOUSE** | Fee simple | Unknown | DEBTOR | $340,000.00 |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(If known)* _____
          Name

| 55.10 | **2519 N 5TH STREET, ELKO, NEVADA APN: 00161M025 TOWNHOUSE** | Fee simple | Unknown | DEBTOR | $340,000.00 |
|---|---|---|---|---|---|
| 55.11 | **2618 PLATINUM, ELKO, NEVADA APN: 00161J044 SINGLE FAMILY RESIDENCE** | Fee simple | Unknown | DEBTOR | $489,900.00 |
| 55.12 | **251 FLORA DRIVE, ELKO, NEVADA APN: 00609K088 SINGLE FAMILY RESIDENCE** | Fee simple | Unknown | DEBTOR | $294,600.00 |
| 55.13 | **453 IDAHO STREET, ELKO, NEVADA APN: 001262009 COMMERCIAL BUILDING** | Fee simple | Unknown | DEBTOR | $599,900.00 |

56.    **Total of Part 9.**                                                        | **$4,699,400.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
■ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

Debtor    **KOINONIA CONSTRUCTION INC**                          Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| **INVICTUS WEALTH HOMES, LLC FOR LOT PURCHASE SOUTH 5TH STREET, ELKO, NEVADA** | 102,027.12 <br> Total face amount | - 0.00 <br> doubtful or uncollectible amount | = **$102,027.12** |
| **LEGACY DEMOLITION GRIZZLY LOTS** | 108,000.00 <br> Total face amount | - 0.00 <br> doubtful or uncollectible amount | = **$108,000.00** |

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                               **$210,027.12**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 10

Debtor      **KOINONIA CONSTRUCTION INC**                                    Case number *(If known)* _____
                   Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $841.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $59,812.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,695.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,275.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $471,325.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $4,699,400.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $210,027.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $775,976.89 | + 91b. $4,699,400.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,475,376.89 |

**Fill in this information to identify the case:**

Debtor name   **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **1ST SOURCE BANK**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**SECURED BY VOLVO 235 EXCAVATOR** | $160,362.96 | $125,000.00 |

**1ST SOURCE BANK**
Creditor's Name

**PO BOX 4055**
**South Bend, IN 46634**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**SECURED BY VOLVO 235 EXCAVATOR**

**Amount of claim** $160,362.96

**Value of collateral** $125,000.00

Creditor's email address, if known

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2463**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.2 AIR TIGHT, LLC**
Creditor's Name

**PO BOX 2145**
**Dayton, NV 89403**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2489 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**Amount of claim** $350.00

**Value of collateral** $340,000.00

Creditor's email address, if known

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 31

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
Name

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. LIMA ONE CAPITAL
2. AIR TIGHT, LLC
3. ALSIDE SUPPLY CENTER
4. QUALITY TRUSS & LUMBER
5. WESTERN NEVADA SUPPLY**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AIR TIGHT, LLC** | **Describe debtor's property that is subject to a lien** | **$350.00** | **$345,000.00** |

Creditor's Name

**PO BOX 2145
Dayton, NV 89403**

Creditor's mailing address

**2503 N 5TH STREET, ELKO, NEVADA
APN:  00161M021
TOWNHOUSE
IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCI LENDER SERVICES, INC.
2. PARKER SOLUTIONS LLC
3. WESTERN NEVADA SUPPLY
4. AIR TIGHT, LLC
5. ALSIDE SUPPLY CENTER
6. FAST GLASS
7. QUALITY TRUSS & LUMBER**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **AIR TIGHT, LLC** | **Describe debtor's property that is subject to a lien** | **$350.00** | **$340,000.00** |

Creditor's Name

**PO BOX 2145
Dayton, NV 89403**

Creditor's mailing address

**2511 N 5TH STREET, ELKO, NEVADA
APN:  00161M023
TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **KOINONIA CONSTRUCTION INC**
<br>Name

Case number (if known) _____

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. FCI LENDER SERVICES, INC.**
**2. QUALITY TRUSS & LUMBER**
**3. AIR TIGHT, LLC**
**4. ALSIDE SUPPLY CENTER**
**5. ELKO TRUSS**
**6. HARNEY ROCK AND PAVING CO.**
**7. LANSING BUILDING PRODUCTS**
**8. LINDSAY WINDOW & DOOR LLC**
**9. PARKER SOLUTIONS LLC**
**10. SIMPLY TOPZZ**
**11. TRIPLE S-STEEL**
**12. WESTERN NEVADA SUPPLY**

---

| 2.5 | **ALSIDE SUPPLY CENTER** | **Describe debtor's property that is subject to a lien** | $7,165.49 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**
<br>Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2489 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.6 | **ALSIDE SUPPLY CENTER** | **Describe debtor's property that is subject to a lien** | $7,165.47 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**
<br>Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**

---

Debtor    **KOINONIA CONSTRUCTION INC**                Case number (if known) _____
          <small>Name</small>

_____

<small>Creditor's email address, if known</small>

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.3** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **ALSIDE SUPPLY CENTER** | | |
|---|---|---|---|

| | **Describe debtor's property that is subject to a lien** | $7,165.46 | $345,000.00 |
|---|---|---|---|

<small>Creditor's Name</small>

**2505 N 5TH STREET, ELKO, NEVADA APN: 00161M022 TOWNHOUSE IN CONTACT**

**2875 SOUTH 1030 WEST Salt Lake City, UT 84119**

<small>Creditor's mailing address</small>

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____

<small>Creditor's email address, if known</small>

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **1. FCI LENDER SERVICES, INC.** | ☐ Unliquidated |
| **2. ALSIDE SUPPLY CENTER** | ☐ Disputed |
| **3. FAST GLASS** | |
| **4. PARKER SOLUTIONS LLC** | |
| **5. QUALITY TRUSS & LUMBER** | |
| **6. WESTERN NEVADA SUPPLY** | |

---

| 2.8 | **ALSIDE SUPPLY CENTER** | | |
|---|---|---|---|

| | **Describe debtor's property that is subject to a lien** | $7,165.46 | $340,000.00 |
|---|---|---|---|

<small>Creditor's Name</small>

**2511 N 5TH STREET, ELKO, NEVADA APN: 00161M023 TOWNHOUSE**

**2875 SOUTH 1030 WEST Salt Lake City, UT 84119**

<small>Creditor's mailing address</small>

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

_____

<small>Creditor's email address, if known</small>

Debtor    **KOINONIA CONSTRUCTION INC**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.9** **ALSIDE SUPPLY CENTER** | Describe debtor's property that is subject to a lien | $1,047.38 | $340,000.00 |
| Creditor's Name | **2519 N 5TH STREET, ELKO, NEVADA** **APN: 00161M025** | | |

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**
Creditor's mailing address

**TOWNHOUSE**
_____

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCI LENDER SERVICES, INC.**
**2. ELKO OVERHEAD DOOR LLC**
**3. SILVER STATE ROCK PRODUCTS**
**4. SIMPLY TOPZZ**
**5. ALSIDE SUPPLY CENTER**
**6. ELKO TRUSS**
**7. HARNEY ROCK AND PAVING CO.**
**8. LANSING BUILDING PRODUCTS**
**9. LINDSAY WINDOW & DOOR LLC**
**10. PARKER SOLUTIONS LLC**
**11. TRIPLE S-STEEL**
**12. WESTERN NEVADA SUPPLY**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.10** **CAT FINANCIAL** | Describe debtor's property that is subject to a lien | $4,262.14 | $25,000.00 |
| Creditor's Name | **2021 CAT** | | |

**2120 WEST END AVENUE**
**Nashville, TN 37203**
Creditor's mailing address

_____

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 5 of 31

Debtor **KOINONIA CONSTRUCTION INC**                     Case number (if known) _____

Name

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8193**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.11** | **CED ELKO** | **Describe debtor's property that is subject to a lien** | $5,206.36 | $51,291.69 |

Creditor's Name

**FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION**

**PO BOX 207082**
**Dallas, TX 75320-7082**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CED ELKO**
**2. FAULSTICH & RAND CONSTRUCTION CO., INC.**
**3. FERGUSON ENTERPRISES, LLC**
**4. HARNEY ROCK AND PAVING CO.**
**5. HIGH DESERT ENGINEERING**
**6. UNITED RENTALS**
**7. VEGA CONSTRUCTION & TRUCKING CO.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.12** | **ELKO COUNTY TREASURER'S OFFICE** | **Describe debtor's property that is subject to a lien** | $23,539.18 | Unknown |

Creditor's Name

**ALL REAL PROPERTIES**

**571 IDAHO STREET, SUITE 101**
**Elko, NV 89801**

Creditor's mailing address

**Describe the lien**
**TAX LIEN**

---

Debtor   **KOINONIA CONSTRUCTION INC**    Case number (if known) _____
         Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **ELKO FEDERAL CREDIT UNION** | | $2,740.29 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**2397 MOUNTAIN CITY HWY Elko, NV 89801**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2007 JLG G943A 9000 LB 4X4X4 TELESCOPIC FORKLIFT**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0122**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **ELKO OVERHEAD DOOR LLC** | | $3,050.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**1076 RIVER STREET Elko, NV 89801**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA APN: 00161M025 TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.15**

**ELKO TRUSS**
Creditor's Name

**PO BOX 1884**
**Elko, NV 89803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,394.00**    **$340,000.00**

---

**2.16**

**ELKO TRUSS**
Creditor's Name

**PO BOX 1884**
**Elko, NV 89803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,394.00**    **$340,000.00**

---

**2.17**

**EMPIRE HOME LOANS**
Creditor's Name

**7455 ARROYO CROSSING PARKWAY, SUITE 220**
**Las Vegas, NV 89113**

**Describe debtor's property that is subject to a lien**
**2427 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M007**
**TOWNHOUSE**
**IN CONTRACT**

**$252,633.00**    **$355,000.00**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page  8 of 31

Debtor **KOINONIA CONSTRUCTION INC**

Name

Case number (if known) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **DEED OF TRUST** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4301** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.18**

**FAST GLASS**

Creditor's Name

**PO BOX 3989**
**Sparks, NV 89432-3989**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

$2,283.55    $345,000.00

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No    ☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

**Specified on line 2.3**

---

**2.19**

**FAST GLASS**

Creditor's Name

**PO BOX 3989**
**Sparks, NV 89432-3989**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTACT**

$788.22    $345,000.00

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.7** | |

---

| 2.2 0 | **FAULSTICH & RAND CONSTRUCTION CO., INC.** | **Describe debtor's property that is subject to a lien** | $210,454.75 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**4881 MOHAWK AVENUE
Elko, NV 89801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**MOUNTAIN VIEW
APN:  MULTIPLE
16 LOTS REMAINING IN CONTRACT**

**Describe the lien**
**FIRST DEED OF TRUST**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **FAULSTICH & RAND CONSTRUCTION CO., INC.** | **Describe debtor's property that is subject to a lien** | $24,975.00 | $51,291.69 |
|---|---|---|---|---|

Creditor's Name

**4881 MOHAWK AVENUE
Elko, NV 89801**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**SECURED BY FOURTH JUDICIAL DISTRICT COURT MONEY
HELD IN DIVORCE ACTION**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.11** | |

---

| 2.2 2 | **FCI LENDER SERVICES, INC.** | **Describe debtor's property that is subject to a lien** | $265,143.84 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**8180 E. KAISER BLVD.
Anaheim, CA 92808-2277**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA
APN:  00161M025
TOWNHOUSE**

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0712**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.9**

---

| 2.2 3 | **FCI LENDER SERVICES, INC.** | | $260,655.97 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**8180 E. KAISER BLVD.**
**Anaheim, CA 92808-2277**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0718**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.4**

---

| 2.2 4 | **FCI LENDER SERVICES, INC.** | | $262,500.00 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name

**8180 E. KAISER BLVD.**
**Anaheim, CA 92808-2277**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTACT**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2016**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **KOINONIA CONSTRUCTION INC**          Case number (if known) _____
    Name

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.7**

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **FCI LENDER SERVICES, INC.** | Describe debtor's property that is subject to a lien | $275,934.31 | $345,000.00 |

Creditor's Name

**2503 N 5TH STREET, ELKO, NEVADA
APN:  00161M021
TOWNHOUSE
IN CONTRACT**

**8180 E. KAISER BLVD.
Anaheim, CA 92808-2277**

Creditor's mailing address

**Describe the lien
DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
2013**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

☐ Unliquidated

☐ Disputed

---

| 2.2 6 | **FERGUSON ENTERPRISES, LLC** | Describe debtor's property that is subject to a lien | $2,708.02 | $51,291.69 |

Creditor's Name

**FOURTH JUDICIAL DISTRICT COURT
MONEY HELD IN DIVORCE ACTION**

**1095 SOUTH ROCK BLVD.
Reno, NV 89502**

Creditor's mailing address

**Describe the lien
Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.11**

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **FINANCIAL PACIFIC LEASING** | Describe debtor's property that is subject to a lien | $64,035.17 | $30,000.00 |

Creditor's Name

**SECURED BY 2016 CATERPILLAR 420F2ST
BACKHOE**

**3455 SOUTH 344TH WAY,
SUITE 300
Auburn, WA 98001**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 31

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.28 | **FIRST-CITIZENS BANK & TRUST CO.** | | $22,113.38 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2005 CAT TH460B TELEHANDLER**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.29 | **FIRST-CITIZENS BANK & TRUST CO.** | | $20,000.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 SKYTRAK 8042 TELEHANDLER**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0000**

---

Debtor **KOINONIA CONSTRUCTION INC**
_____
Name

Case number (if known) _____

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **FIRST-CITIZENS BANK & TRUST CO.** | | $13,785.74 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 TOW-MASTER T-50 36 FT TRI/A EQUIPMENT TRAILER**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.31 | **FIRST-CITIZENS BANK & TRUST CO.** | | $28,996.17 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2001 CAT 980G WHEEL LOADER**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.32 | **FIRST-CITIZENS BANK & TRUST CO.** | | $9,694.35 | $12,000.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

---

Debtor  **KOINONIA CONSTRUCTION INC**　　　　Case number (if known) _____

Name

---

Creditor's Name

**2017 HAULOTTE 4527A TOWABLE LIFT**

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 3 | **HARNEY ROCK AND PAVING CO.** | | | | $3,114.96 | $340,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**PO BOX 800**
**Hines, OR 97738**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.4**

---

| 2.3 4 | **HARNEY ROCK AND PAVING CO.** | | | | $2,974.68 | $340,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**PO BOX 800**
**Hines, OR 97738**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

**2.35**

| **HARNEY ROCK AND PAVING CO.** | Describe debtor's property that is subject to a lien | $1,218.07 | $51,291.69 |
|---|---|---|---|
| Creditor's Name | **FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION** | | |

**PO BOX 800**
**Hines, OR 97738**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**        ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

**2.36**

| **HIGH DESERT ENGINEERING** | Describe debtor's property that is subject to a lien | $4,005.06 | $51,291.69 |
|---|---|---|---|
| Creditor's Name | **FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION** | | |

**640 IDAHO STREET**
**Elko, NV 89801**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**        ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

**2.37**

| **LANSING BUILDING PRODUCTS** | Describe debtor's property that is subject to a lien | $17,000.13 | $489,900.00 |
|---|---|---|---|

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

Creditor's Name

**PO BOX 6649**
**Richmond, VA 23230-0629**

Creditor's mailing address

**2618 PLATINUM, ELKO, NEVADA**
**APN:  00161J044**
**SINGLE FAMILY RESIDENCE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6445**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. SELENE FINANCE LP**
**2. LANSING BUILDING PRODUCTS**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.38** **LANSING BUILDING PRODUCTS**
Creditor's Name

**PO BOX 6649**
**Richmond, VA 23230-0629**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$48.00   $340,000.00

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.39** **LANSING BUILDING PRODUCTS**
Creditor's Name

**PO BOX 6649**
**Richmond, VA 23230-0629**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

$48.02   $340,000.00

Creditor's email address, if known

**Date debt was incurred**

---

Debtor    **KOINONIA CONSTRUCTION INC**                              Case number (if known) _____
                 Name

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

| 2.40 | **LIMA ONE CAPITAL** | | **Describe debtor's property that is subject to a lien** | $255,042.00 | $340,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**300 E. McBEE AVE., STE. 200**
**Greenville, SC 29601**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2489 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7766**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.41 | **LINDSAY WINDOW & DOOR LLC** | | **Describe debtor's property that is subject to a lien** | $70.79 | $340,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

Debtor   **KOINONIA CONSTRUCTION INC**                         Case number (if known) _____
_____
Name

| 2.4 2 | **LINDSAY WINDOW & DOOR LLC** | | $1,929.21 | $340,000.00 |

**LINDSAY WINDOW & DOOR LLC**
Creditor's Name

**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **PARKER SOLUTIONS LLC** | | $3,219.40 | $345,000.00 |

**PARKER SOLUTIONS LLC**
Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **PARKER SOLUTIONS LLC** | | $3,219.40 | $345,000.00 |

**PARKER SOLUTIONS LLC**
Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**
Creditor's mailing address

_____
Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTACT**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Debtor **KOINONIA CONSTRUCTION INC**  Case number (if known)
Name

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 5 | **PARKER SOLUTIONS LLC** | Describe debtor's property that is subject to a lien | $3,278.40 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**

**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 6 | **PARKER SOLUTIONS LLC** | Describe debtor's property that is subject to a lien | $3,279.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**

**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor    **KOINONIA CONSTRUCTION INC**                                    Case number (if known) _____
         Name

**2.47**

**PAUL SMITH**
Creditor's Name

**251 FLORA DRIVE**
**Elko, NV 89801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SELENE FINANCE LP**
**2. PAUL SMITH**

**Describe debtor's property that is subject to a lien**
**251 FLORA DRIVE, ELKO, NEVADA**
**APN:  00609K088**
**SINGLE FAMILY RESIDENCE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,000.00    $294,600.00

---

**2.48**

**QUALITY TRUSS & LUMBER**
Creditor's Name

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**SECURED BY 2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,668.58    $340,000.00

---

**2.49**

**QUALITY TRUSS & LUMBER**
Creditor's Name

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2489 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No

$1,795.95    $340,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 21 of 31

Debtor  **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.50 | **QUALITY TRUSS & LUMBER** | | $13,822.76 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.51 | **QUALITY TRUSS & LUMBER** | | $13,822.76 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTACT**

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **KOINONIA CONSTRUCTION INC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.7**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **RF MORTGAGE SERVICES** | **Describe debtor's property that is subject to a lien** | $252,251.85 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**550 WEST ADAMS STREET, SUITE 950 Chicago, IL 60661**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 0421**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2413 N 5TH STREET, ELKO, NV APN: 00161M003 TOWNHOUSE IN CONTRACT**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **SELENE FINANCE LP** | **Describe debtor's property that is subject to a lien** | $385,831.36 | $489,900.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 660369 Dallas, TX 75266-0369**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 5345**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.37**

**2618 PLATINUM, ELKO, NEVADA APN: 00161J044 SINGLE FAMILY RESIDENCE**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **SELENE FINANCE LP** | **Describe debtor's property that is subject to a lien** | $238,255.30 | $294,600.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 660369 Dallas, TX 75266-0369**

**251 FLORA DRIVE, ELKO, NEVADA APN: 00609K088 SINGLE FAMILY RESIDENCE**

---

Debtor    **KOINONIA CONSTRUCTION INC**                           Case number (if known) _____
       Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **DEED OF TRUST** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0078** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.47** | |

---

| | | | |
|---|---|---|---|
| 2.5 5 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | $247,745.58    $350,000.00 |
| | Creditor's Name | **2421 N 5TH STREET, ELKO, NEVADA** | |
| | | **APN:  00161M005** | |
| | **PO BOX 660369** | **TOWNHOUSE** | |
| | **Dallas, TX 75266-0369** | **IN CONTRACT** | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **DEED OF TRUST** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **8422** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.5 6 | **SILVER STATE ROCK PRODUCTS** | Describe debtor's property that is subject to a lien | $24,922.39    $340,000.00 |
| | Creditor's Name | **2519 N 5TH STREET, ELKO, NEVADA** | |
| | | **APN:  00161M025** | |
| | **PO BOX 800** | **TOWNHOUSE** | |
| | **Hines, OR 97738** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **Mechanic's Lien** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ☐ No | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

☐ Unliquidated

☐ Disputed

---

| 2.5 7 | | | | |
|---|---|---|---|---|

**SIMPLY TOPZZ**
Creditor's Name

**9227 SOUTH 3140 WEST
West Jordan, UT 84088**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA
APN:  00161M025
TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,900.00          $340,000.00

---

| 2.5 8 | | | | |
|---|---|---|---|---|

**SIMPLY TOPZZ**
Creditor's Name

**9227 SOUTH 3140 WEST
West Jordan, UT 84088**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA
APN:  00161M023
TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,900.00          $340,000.00

---

| 2.5 9 | | | | |
|---|---|---|---|---|

**STEWART TITLE & TRUST**

**Describe debtor's property that is subject to a lien**

$155,000.00          $150,000.00

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name<br>**C/O BRIAN & MARCO<br>ZAMORA GREEN<br>3104 E. CAMELBACK RD.,<br>#620<br>Phoenix, AZ 85016**<br>Creditor's mailing address | **SECURED BY METZLER<br>APN 001740020<br>LAND<br>IN CONTRACT** |

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0173**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.60**

**STEWART TITLE & TRUST**
Creditor's Name

**C/O JONES FAMILY TRUST
DATED 02/26/2018
3104 E. CAMELBACK RD.,
#620
Phoenix, AZ 85016**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**453 IDAHO STREET, ELKO, NEVADA
APN:  001262009
COMMERCIAL BUILDING**

$278,426.53      $599,900.00

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0069**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.61**

**TRIPLE S-STEEL**
Creditor's Name

**PO BOX 301212
Dallas, TX 75303-1212**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA
APN:  00161M023
TOWNHOUSE**

$612.09      $340,000.00

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

Debtor **KOINONIA CONSTRUCTION INC**
_____
Name

Case number (if known) _____

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **TRIPLE S-STEEL** | Describe debtor's property that is subject to a lien | $612.10 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 301212**
**Dallas, TX 75303-1212**
Creditor's mailing address

**2519 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **U.S. BANK CORP.** | Describe debtor's property that is subject to a lien | $12,166.84 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**17650 NE SANDY BLVD.**
**Portland, OR 97230-5000**
Creditor's mailing address

**2012 MACK CXU613 6X4 T/A DUMP TRUCK**

**Describe the lien**
**SECURED LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1000**

**Do multiple creditors have an interest in the same property?**
■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **KOINONIA CONSTRUCTION INC**                              Case number (if known) _____
_____
Name

**2.64**

| | | |
|---|---|---|
| **UNITED RENTALS** | Describe debtor's property that is subject to a lien | **$2,912.30**    **$51,291.69** |
| Creditor's Name | **FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION** | |

**4820 E IDAHO**
**Elko, NV 89801-4673**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.65**

| | | |
|---|---|---|
| **US SMALL BUSINESS ADMINISTRATION** | Describe debtor's property that is subject to a lien | **$2,024,624.43**    **$0.00** |
| Creditor's Name | **MONEY LOANED FOR BUSINESS** | |

**SBA DISASTER LOAN**
**SERVICE CENTER**
**1545 HAWKINS BLVD, STE**
**202**
**El Paso, TX 79925**
Creditor's mailing address

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7801**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.66**

| | | |
|---|---|---|
| **VEGA CONSTRUCTION & TRUCKING CO.** | Describe debtor's property that is subject to a lien | **$10,141.26**    **$51,291.69** |
| Creditor's Name | **FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION** | |

**4100 IDAHO STREET**
**Elko, NV 89801**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

---

Debtor **KOINONIA CONSTRUCTION INC**  
Name

Case number (if known) _____

**Date debt was incurred**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.67 | **WESTERN NEVADA SUPPLY**<br>Creditor's Name | | $2,785.26 | $345,000.00 |

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.68 | **WESTERN NEVADA SUPPLY**<br>Creditor's Name | | $91.33 | $340,000.00 |

**Describe debtor's property that is subject to a lien**
**2489 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor  **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
         Name

| | | |
|---|---|---|

**2.69** **WESTERN NEVADA SUPPLY**
Creditor's Name

**Describe debtor's property that is subject to a lien**                $7,373.32        $345,000.00
**2505 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M022**
**TOWNHOUSE**
**IN CONTACT**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

---

**2.70** **WESTERN NEVADA SUPPLY**
Creditor's Name

**Describe debtor's property that is subject to a lien**                $4,230.83        $340,000.00
**2511 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M023**
**TOWNHOUSE**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

---

**2.71** **WESTERN NEVADA SUPPLY**
Creditor's Name

**Describe debtor's property that is subject to a lien**                $4,781.21        $340,000.00
**SECURED BY 2519 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M025**
**TOWNHOUSE**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

---

Debtor    **KOINONIA CONSTRUCTION INC**                                    Case number (if known) _____
       Name

|  |  |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
|  | ☐ No |
|  | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |
|  |  |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,996,530.81**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 31 of 31

**Fill in this information to identify the case:**

Debtor name   **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
**ABC SUPPLY CO., INC.**
**1 ABC PKWY**
**Beloit, WI 53511**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*            **$3,445.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**
**AIR TIGHT, LLC**
**PO BOX 2145**
**Dayton, NV 89403**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*            **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**
**ALSIDE SUPPLY CENTER**
**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*            **$9,876.69**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No  ☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**
**AMPLIFIED DIGITAL**
**LEE ADVERTISING**
**PO BOX 4690**
**Carol Stream, IL 60197-4690**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*            **$1,537.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,762.67** |
|---|---|---|---|

**BRAEMAR HVAC**
**717 W. IDAHO STREET**
**Elko, NV 89801-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110,819.74** |
|---|---|---|---|

**CAPITAL ONE**
**PO BOX 31293**
**Salt Lake City, UT 84131-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3719**

Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$784.49** |
|---|---|---|---|

**CED ELKO**
**PO BOX 207082**
**Dallas, TX 75320-7082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,746.81** |
|---|---|---|---|

**CHASE**
**PO BOX 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8186**

Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,803.95** |
|---|---|---|---|

**ELKO DAILY FREE PRESS**
**LEE ADVERTISING**
**PO BOX 4690**
**Carol Stream, IL 60197-4690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,394.00** |
|---|---|---|---|

**ELKO TRUSS**
**PO BOX 1884**
**Elko, NV 89803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,809.92** |
|---|---|---|---|

**FAST GLASS**
**PO BOX 3989**
**Sparks, NV 89432-3989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **KOINONIA CONSTRUCTION INC**                                    Case number (if known) _____
          Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,708.02** |
|---|---|---|---|

**FERGUSON ENTERPRISES, LLC**
**1095 SOUTH ROCK BLVD.**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,433.50** |
|---|---|---|---|

**HARNEY ROCK AND PAVING CO.**
**PO BOX 800**
**Hines, OR 97738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,289.91** |
|---|---|---|---|

**HIGH DESERT ENGINEERING**
**640 IDAHO STREET**
**Elko, NV 89801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61,367.97** |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICES**
**P.O. BOX 790328**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6766**

**Basis for the claim:** __BUSINESS CREDIT CARD PURCHASES__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,904.11** |
|---|---|---|---|

**LANSING BUILDING PRODUCTS**
**PO BOX 6649**
**Richmond, VA 23230-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**LINDSAY WINDOW & DOOR LLC**
**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,898.16** |
|---|---|---|---|

**LUKE FITZGERALD**
**2403 N 5TH STREET**
**Elko, NV 89801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __MONEY LOANED FOR BUSINESS__

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor  **KOINONIA CONSTRUCTION INC**
        Name

Case number (if known) _____

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289,227.95** |
|---|---|---|---|

**MP&E CONSTRUCTION, INC.**
**2403 N 5TH STREET**
**Elko, NV 89801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MONEY LOANED FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,503.35** |
|---|---|---|---|

**PARKER SOLUTIONS LLC**
**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,093.26** |
|---|---|---|---|

**QUALITY TRUSS & LUMBER**
**21005 HIGHWAY 30**
**Filer, ID 83328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$405.00** |
|---|---|---|---|

**REALTOR.COM**
**PO BOX 844009**
**Dallas, TX 75284-4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,000.00** |
|---|---|---|---|

**SCOTT SILVER**
**HC 62 BOX 62259**
**Eureka, NV 89316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$236.67** |
|---|---|---|---|

**SILVER STATE FIRE LLC**
**PO BOX 1465**
**Elko, NV 89803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$612.09** |
|---|---|---|---|

**SIMPLY TOPZZ**
**9227 SOUTH 3140 WEST**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known) _____
          Name

**3.26**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,836.28**
          **TRIPLE S-STEEL**                              ☐ Contingent
          **PO BOX 301212**                               ☐ Unliquidated
          **Dallas, TX 75303-1212**                       ☐ Disputed
          **Date(s) debt was incurred** _                 Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**
          **Last 4 digits of account number** _           Is the claim subject to offset?  ■ No  ☐ Yes

**3.27**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$2,873.98**
          **UNITED RENTALS**                              ☐ Contingent
          **4820 E IDAHO**                                ☐ Unliquidated
          **Elko, NV 89801-4673**                         ☐ Disputed
          **Date(s) debt was incurred** _                 Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**
          **Last 4 digits of account number** _           Is the claim subject to offset?  ■ No  ☐ Yes

**3.28**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$8,169.95**
          **WAFD BANK**                                   ☐ Contingent
          **PO BOX 1460**                                 ☐ Unliquidated
          **Boise, ID 83701-1460**                        ☐ Disputed
          **Date(s) debt was incurred** _                 Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**
          **Last 4 digits of account number  8395**       Is the claim subject to offset?  ■ No  ☐ Yes

**3.29**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$6,668.65**
          **WELLS FARGO BUSINESS CARD**                   ☐ Contingent
          **PO BOX 77033**                                ☐ Unliquidated
          **Minneapolis, MN 55480-7733**                  ☐ Disputed
          **Date(s) debt was incurred** _                 Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**
          **Last 4 digits of account number  6308**       Is the claim subject to offset?  ■ No  ☐ Yes

**3.30**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,292.43**
          **WESTERN NEVADA SUPPLY**                       ☐ Contingent
          **950 S. ROCK BLVD.**                           ☐ Unliquidated
          **Sparks, NV 89431**                            ☐ Disputed
          **Date(s) debt was incurred** _                 Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**
          **Last 4 digits of account number** _           Is the claim subject to offset?  ■ No  ☐ Yes

**3.31**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$154,955.55**
          **WONDERLAND TRUST**                            ☐ Contingent
          **ATTN:  ROBERT FITZGERALD, TRUSTEE**           ☐ Unliquidated
          **PO BOX 8070**                                 ☐ Disputed
          **Reno, NV 89507**
          **Date(s) debt was incurred** _                 Basis for the claim:  **MONEY LOANED FOR BUSINESS**
          **Last 4 digits of account number** _           Is the claim subject to offset?  ■ No  ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 5 of 6**

Debtor    **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) _____

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 775,157.85 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 775,157.85 |

**Fill in this information to identify the case:**

Debtor name   **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases  **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   �■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **COPPER TRAILS PHASE 3 - UNIT 1 ONGOING PROJECT** | |
| | State the term remaining | | **COPPER TRAIL LLC PO BOX 8070 Reno, NV 89507** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **COPPER TRAILS PHASE 3 - UNIT 2 ONGOING PROJECT** | |
| | State the term remaining | | **COPPER TRAIL LLC PO BOX 8070 Reno, NV 89507** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2617 PLATINUM DRIVE MONTHLY LEASE $3,500.00** | |
| | State the term remaining | **14 MONTHS** | **EMPIRE SOUTHWEST LLC 1725 S. COUNTRY CLUB DRIVE Mesa, AZ 85210** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **2626 PLATINUM DRIVE ONGOING PROJECT** | |
| | State the term remaining | | **KCON LLC 2626 PLATINUM DRIVE Elko, NV 89801** |
| | List the contract number of any government contract | | |

Debtor 1   **KOINONIA CONSTRUCTION INC**

First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2623 PLATINUM DRIVE ONGOING PROJECT** | |
|---|---|---|---|
| | State the term remaining | | **KCON LLC** |
| | List the contract number of any government contract | | **2626 PLATINUM DRIVE** **Elko, NV 89801** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2625 PLATINUM DRIVE ONGOING PROJECT** | |
|---|---|---|---|
| | State the term remaining | | **KCON LLC** |
| | List the contract number of any government contract | | **2626 PLATINUM DRIVE** **Elko, NV 89801** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **2627 PLATINUM DRIVE ONGOING PROJECT** | |
|---|---|---|---|
| | State the term remaining | | **KCON LLC** |
| | List the contract number of any government contract | | **2626 PLATINUM DRIVE** **Elko, NV 89801** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **2629 PLATINUM DRIVE ONGOING PROJECT** | |
|---|---|---|---|
| | State the term remaining | | **KCON LLC** |
| | List the contract number of any government contract | | **2626 PLATINUM DRIVE** **Elko, NV 89801** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **ONGOING PROJECT 2421 N 5TH STREET** | |
|---|---|---|---|
| | State the term remaining | | **KCON LLC** |
| | List the contract number of any government contract | | **2626 PLATINUM DRIVE** **Elko, NV 89801** |

Debtor 1  **KOINONIA CONSTRUCTION INC**          Case number *(if known)* _____

      First Name       Middle Name       Last Name



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **ONGOING PROJECT**<br>**2425 N 5TH STREET**<br><br>**KCON LLC**<br>**2626 PLATINUM DRIVE**<br>**Elko, NV 89801** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **ONGOING PROJECT**<br>**2431 N 5TH STREET**<br><br>**REGAN SLACK**<br>**4829 VICTORY BLVD.**<br>**Elko, NV 89801** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **ONGOING PROJECT**<br>**2433 N 5TH STREET**<br><br>**REGAN SLACK**<br>**4829 VICTORY BLVD.**<br>**Elko, NV 89801** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **2489 N 5TH STREET**<br>**MONTHLY LEASE**<br>**$3,000.00**<br><br>**4 MONTHS**<br><br>**WESLEY ERWIN & SAMATHA COOK**<br>**2489 N 5TH STREET**<br>**Elko, NV 89801** |

**Fill in this information to identify the case:**

Debtor name    **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **HOME DEPOT CREDIT SERVICES** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.2 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **WELLS FARGO BUSINESS CARD** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.3 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **CHASE** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.4 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **WAFD BANK** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.5 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **1ST SOURCE BANK** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor   **KOINONIA CONSTRUCTION INC**                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **CAT FINANCIAL** | ■ D ___**2.10**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **ELKO FEDERAL CREDIT UNION** | ■ D ___**2.13**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **ELKO OVERHEAD DOOR LLC** | ■ D ___**2.14**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **FAULSTICH & RAND CONSTRUCTION CO., INC.** | ■ D ___**2.20**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **FINANCIAL PACIFIC LEASING** | ■ D ___**2.27**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **FIRST-CITIZENS BANK & TRUST CO.** | ■ D ___**2.28**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **FIRST-CITIZENS BANK & TRUST CO.** | ■ D ___**2.29**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13  **LUKE FITZGERALD** | **2403 N 5TH STREET** <br> **Elko, NV 89801** | **FIRST-CITIZENS BANK & TRUST CO.** | ■ D ___**2.30**___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **KOINONIA CONSTRUCTION INC**                     Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **FIRST-CITIZENS BANK & TRUST CO.** | ■ D __2.31__ ☐ E/F _____ ☐ G _____ |
| 2.15 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **FIRST-CITIZENS BANK & TRUST CO.** | ■ D __2.32__ ☐ E/F _____ ☐ G _____ |
| 2.16 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **PARKER SOLUTIONS LLC** | ■ D __2.43__ ☐ E/F _____ ☐ G _____ |
| 2.17 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **QUALITY TRUSS & LUMBER** | ■ D __2.48__ ☐ E/F _____ ☐ G _____ |
| 2.18 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **SILVER STATE ROCK PRODUCTS** | ■ D __2.56__ ☐ E/F _____ ☐ G _____ |
| 2.19 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **SIMPLY TOPZZ** | ■ D __2.57__ ☐ E/F _____ ☐ G _____ |
| 2.20 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **U.S. BANK CORP.** | ■ D __2.63__ ☐ E/F _____ ☐ G _____ |
| 2.21 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ■ D __2.67__ ☐ E/F _____ ☐ G _____ |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ABC SUPPLY CO., INC.** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.23  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **AIR TIGHT, LLC** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.24  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.25  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **CAPITAL ONE** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.26  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **CED ELKO** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.27  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ELKO TRUSS** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.28  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **FAST GLASS** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.29  **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **FERGUSON ENTERPRISES, LLC** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | HARNEY ROCK AND PAVING CO. | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.31 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | HIGH DESERT ENGINEERING | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.32 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | LINDSAY WINDOW & DOOR LLC | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.33 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | TRIPLE S-STEEL | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.34 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | UNITED RENTALS | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.35 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | US SMALL BUSINESS ADMINISTRATION | ■ D __2.65__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | WONDERLAND TRUST | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.37 | LUKE FITZGERALD | 2403 N 5TH STREET Elko, NV 89801 | AIR TIGHT, LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **KOINONIA CONSTRUCTION INC**

Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.38 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **AIR TIGHT, LLC** | ■ D __2.3__ <br> □ E/F _____ <br> □ G _____ |
| 2.39 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **AIR TIGHT, LLC** | ■ D __2.4__ <br> □ E/F _____ <br> □ G _____ |
| 2.40 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ■ D __2.5__ <br> □ E/F _____ <br> □ G _____ |
| 2.41 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ■ D __2.6__ <br> □ E/F _____ <br> □ G _____ |
| 2.42 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ■ D __2.7__ <br> □ E/F _____ <br> □ G _____ |
| 2.43 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ■ D __2.8__ <br> □ E/F _____ <br> □ G _____ |
| 2.44 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **ALSIDE SUPPLY CENTER** | ■ D __2.9__ <br> □ E/F _____ <br> □ G _____ |
| 2.45 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **CED ELKO** | ■ D __2.11__ <br> □ E/F _____ <br> □ G _____ |

Debtor    **KOINONIA CONSTRUCTION INC**                     Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **ELKO COUNTY TREASURER'S OFFICE** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.47 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **FAULSTICH & RAND CONSTRUCTION CO., INC.** | ■ D __2.21__ ☐ E/F _____ ☐ G _____ |
| 2.48 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **FERGUSON ENTERPRISES, LLC** | ■ D __2.26__ ☐ E/F _____ ☐ G _____ |
| 2.49 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **HARNEY ROCK AND PAVING CO.** | ■ D __2.33__ ☐ E/F _____ ☐ G _____ |
| 2.50 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **HARNEY ROCK AND PAVING CO.** | ■ D __2.34__ ☐ E/F _____ ☐ G _____ |
| 2.51 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **HARNEY ROCK AND PAVING CO.** | ■ D __2.35__ ☐ E/F _____ ☐ G _____ |
| 2.52 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **HIGH DESERT ENGINEERING** | ■ D __2.36__ ☐ E/F _____ ☐ G _____ |
| 2.53 **LUKE FITZGERALD** | **2403 N 5TH STREET** Elko, NV 89801 | **LANSING BUILDING PRODUCTS** | ■ D __2.37__ ☐ E/F _____ ☐ G _____ |

Debtor    **KOINONIA CONSTRUCTION INC**                     Case number *(if known)*  _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.54 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **LANSING BUILDING PRODUCTS** | ■ D ___**2.38**___ ☐ E/F _____ ☐ G _____ |
| 2.55 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **LANSING BUILDING PRODUCTS** | ■ D ___**2.39**___ ☐ E/F _____ ☐ G _____ |
| 2.56 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **LINDSAY WINDOW & DOOR LLC** | ■ D ___**2.41**___ ☐ E/F _____ ☐ G _____ |
| 2.57 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **LINDSAY WINDOW & DOOR LLC** | ■ D ___**2.42**___ ☐ E/F _____ ☐ G _____ |
| 2.58 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **PARKER SOLUTIONS LLC** | ■ D ___**2.44**___ ☐ E/F _____ ☐ G _____ |
| 2.59 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **PARKER SOLUTIONS LLC** | ■ D ___**2.45**___ ☐ E/F _____ ☐ G _____ |
| 2.60 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **PARKER SOLUTIONS LLC** | ■ D ___**2.46**___ ☐ E/F _____ ☐ G _____ |
| 2.61 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **QUALITY TRUSS & LUMBER** | ■ D ___**2.49**___ ☐ E/F _____ ☐ G _____ |

Debtor   **KOINONIA CONSTRUCTION INC**                      Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **QUALITY TRUSS & LUMBER** | ■ D __2.50__ ☐ E/F _____ ☐ G _____ |
| 2.63 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **QUALITY TRUSS & LUMBER** | ■ D __2.51__ ☐ E/F _____ ☐ G _____ |
| 2.64 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **SIMPLY TOPZZ** | ■ D __2.58__ ☐ E/F _____ ☐ G _____ |
| 2.65 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **TRIPLE S-STEEL** | ■ D __2.61__ ☐ E/F _____ ☐ G _____ |
| 2.66 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **TRIPLE S-STEEL** | ■ D __2.62__ ☐ E/F _____ ☐ G _____ |
| 2.67 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **UNITED RENTALS** | ■ D __2.64__ ☐ E/F _____ ☐ G _____ |
| 2.68 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **VEGA CONSTRUCTION & TRUCKING CO.** | ■ D __2.66__ ☐ E/F _____ ☐ G _____ |
| 2.69 **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ■ D __2.68__ ☐ E/F _____ ☐ G _____ |

Debtor   **KOINONIA CONSTRUCTION INC**          Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                     *Column 2:* **Creditor**

| 2.70 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ▮ D ___2.69___ ☐ E/F _____ ☐ G _____ |
| 2.71 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ▮ D ___2.70___ ☐ E/F _____ ☐ G _____ |
| 2.72 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ▮ D ___2.71___ ☐ E/F _____ ☐ G _____ |
| 2.73 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **LANSING BUILDING PRODUCTS** | ☐ D _____ ▮ E/F ___3.16___ ☐ G _____ |
| 2.74 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **QUALITY TRUSS & LUMBER** | ☐ D _____ ▮ E/F ___3.21___ ☐ G _____ |
| 2.75 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **PARKER SOLUTIONS LLC** | ☐ D _____ ▮ E/F ___3.20___ ☐ G _____ |
| 2.76 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **SIMPLY TOPZZ** | ☐ D _____ ▮ E/F ___3.25___ ☐ G _____ |
| 2.77 | **LUKE FITZGERALD** | **2403 N 5TH STREET** **Elko, NV 89801** | **WESTERN NEVADA SUPPLY** | ☐ D _____ ▮ E/F ___3.30___ ☐ G _____ |

Debtor    **KOINONIA CONSTRUCTION INC**    Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name   **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2026** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$406,307.03** |
| **For prior year:** From  **1/01/2025** to **12/31/2025** | ■ Operating a business ☐ Other  _____ | **$9,045,638.48** |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other  _____ | **$5,282,462.62** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **1ST SOURCE BANK**<br>**PO BOX 4055**<br>**South Bend, IN 46634** | **3/13/26** | **$13,136.94** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **ABC SUPPLY CO., INC.**<br>**1 ABC PKWY**<br>**Beloit, WI 53511** | **3/16/26** | **$49,936.97** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **ARTISTIC CURB LLC**<br>**NEED ADDRESS596 WESTCOTT DRIVE**<br>**Spring Creek, NV 89815** | **3/3/26** | **$13,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **FARMERS INSURANCE**<br>**6301 OWENSMOUTH AVE**<br>**Woodland Hills, CA 91367** | **3/5/26** | **$9,481.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **FAULSTICH & RAND CONSTRUCTION CO., INC.**<br>**4881 MOHAWK AVENUE**<br>**Elko, NV 89801** | **2/11/26** | **$41,182.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **FCI LENDER SERVICES, INC.**<br>**8180 E. KAISER BLVD.**<br>**Anaheim, CA 92808-2277** | **3/1/26** | **$9,091.24** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **LINDSAY WINDOW & DOOR LLC**<br>**13510 CENTRAL ROAD**<br>**Apple Valley, CA 92307** | **3/2/26** | **$18,655.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **INTUIT INC.**<br>**2700 COAST AVENUE**<br>**Mountain View, CA 94043** | **3/20/26** | **$55,640.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor  **KOINONIA CONSTRUCTION INC**                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **ROQUE ROOFING LLC** <br> **181 WEST BULLION ROAD** <br> **Elko, NV 89801** | **3/20/26** | **$86,275.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.10. **SELENE FINANCE LP** <br> **PO BOX 660369** <br> **Dallas, TX 75266-0369** | **3/1/26** | **$27,406.01** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.11. **STEPHEN HOFF** <br> **PO BOX 1169** <br> **Wilson, WY 83014** | **3/31/26** | **$9,275.65** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other__ |
| 3.12. **STEWART TITLE & TRUST** <br> **3104 E. CAMELBACK RD., #620** <br> **Phoenix, AZ 85016** | **3/15/26** | **$8,867.49** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other__ |
| 3.13. **WAFD BANK** <br> **9929 EVERGREEN WAY** <br> **Everett, WA 98204** | **2/3/26** | **$9,830.60** | ☐ Secured debt <br> ■ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.14. **FERGUSON ENTERPRISES, LLC** <br> **1095 SOUTH ROCK BLVD.** <br> **Reno, NV 89502** | **3/25/26** | **$26,357.29** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.15. **PARKER SOLUTIONS LLC** <br> **303 3RD STREET, STE. B** <br> **Elko, NV 89801-3686** | **3/26/26** | **$10,115.40** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

Debtor   **KOINONIA CONSTRUCTION INC**                   Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **WONDERLAND TRUST ATTN: ROBERT FITZGERALD, TRUSTEE PO BOX 8070 Reno, NV 89507 FATHER** | **DECEMBER, 2025** | **$100,000.00** | **PAYMENT ON MONIES LOANED** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **LUKE FITZGERALD v. LISA JANE TURNER DC-FM-25-126** | **DIVORCE** **LISA JANE TURNER HAS RECORDED LIS PENDENS AGAINST REAL PROPERTY OWNED BY DEBTOR IN THIS DIVORCE ACTION** | **FOURTH JUDICIAL DISTRICT COURT 571 IDAHO STREET Elko, NV 89801** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **KOINONIA CONSTRUCTION INC**                          Case number *(if known)*

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **HARRIS LAW PRACTICE LLC**<br>**850 PATRIOT BLVD**<br>**SUITE F**<br>**RENO, NV 89511** | **CHAPTER 11 FILING FEE/RETAINER PAYMENT** | **03/26/2026** | **$16,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **KOINONIA CONSTRUCTION INC**                                          Case number *(if known)*

---

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.   **2403 N 5TH STREET Elko, NV 89801** | **MARCH 2025 - PRESENT** |
| 14.2.   **2405 N 5TH STREET Elko, NV 89801** | **MAY 2024 - MARCH 2025** |
| 14.3.   **2446 CRESTVIEW Elko, NV 89801** | **2020 - MAY 2024** |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■   No.
☐   Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

---

Debtor   **KOINONIA CONSTRUCTION INC** _____   Case number *(if known)* _____

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **WELLS FARGO BANK** | **XXXX-2305** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/8/2025** | **$48.74** |
| 18.2. | **WELLS FARGO BANK** | **XXXX-2906** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/21/2025** | **$0.47** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **ANNETTE V. MILLS, CPA**<br>**2363 NORTH 5TH STREET, #105**<br>**Elko, NV 89801** | **2018 TO PRESENT** |
| 26a.2.   **EMMY REYES**<br>**GAPAN CITY**<br>**NUEVA ECIJA**<br>**PHILIPPINES** | **MARCH 8, 2023 TO PRESENT** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **KOINONIA CONSTRUCTION INC**                                  Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| LUKE FITZGERALD | 2403 N 5TH STREET<br>Elko, NV 89801 | PRESIDENT, SECRETARY, TREASURER, DIRECTOR | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **KOINONIA CONSTRUCTION INC**                Case number *(if known)* _____

---

Part 14:   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  3, 2026**

**/s/ LUKE FITZGERALD**                      **LUKE FITZGERALD**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Nevada

In re  **KOINONIA CONSTRUCTION INC.**

Debtor(s)

Case No.

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Actual Fees/Costs** |
| Prior to the filing of this statement I have received | $ | **16,738.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 3, 2026**
*Date*

**/s/ STEPHEN R. HARRIS**
**STEPHEN R. HARRIS**
*Signature of Attorney*
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600   Fax: 775-786-7764**
**steve@harrislawreno.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re    **KOINONIA CONSTRUCTION INC**                                              Case No. _____
                                           Debtor(s)              Chapter    **11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April  3, 2026**_____          Signature  **/s/ LUKE FITZGERALD**_____
                                                                **LUKE FITZGERALD**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re    **KOINONIA CONSTRUCTION INC**             Case No.                         
                                  Debtor(s)                Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **April  3, 2026**                       **/s/ LUKE FITZGERALD** _____

                                                   **LUKE FITZGERALD**/**PRESIDENT**
                                                   Signer/Title

```
KOINONIA CONSTRUCTION INC
2403 N 5TH STREET
ELKO, NV 89801

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
700 E. WARM SPRINGS RD
STE 200
LAS VEGAS, NV 89119

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

1ST SOURCE BANK
Acct No xxxxxxxx2463
PO BOX 4055
SOUTH BEND, IN 46634

ABC SUPPLY CO., INC.
1 ABC PKWY
BELOIT, WI 53511

AIR TIGHT, LLC
PO BOX 2145
DAYTON, NV 89403

ALSIDE SUPPLY CENTER
2875 SOUTH 1030 WEST
SALT LAKE CITY, UT 84119
```

AMPLIFIED DIGITAL
LEE ADVERTISING
PO BOX 4690
CAROL STREAM, IL 60197-4690

BRAEMAR HVAC
717 W. IDAHO STREET
ELKO, NV 89801-2882

CAPITAL ONE
Acct No xxx3719
PO BOX 31293
SALT LAKE CITY, UT 84131-1293

CAT FINANCIAL
Acct No xxx-xxxx8193
2120 WEST END AVENUE
NASHVILLE, TN 37203

CED ELKO
PO BOX 207082
DALLAS, TX 75320-7082

CHASE
Acct No xxxx8186
PO BOX 6294
CAROL STREAM, IL 60197-6294

COPPER TRAIL LLC
PO BOX 8070
RENO, NV 89507

ELKO COUNTY TREASURER'S OFFICE
571 IDAHO STREET, SUITE 101
ELKO, NV 89801

ELKO DAILY FREE PRESS
LEE ADVERTISING
PO BOX 4690
CAROL STREAM, IL 60197-4690

ELKO FEDERAL CREDIT UNION
Acct No xx-x0122
2397 MOUNTAIN CITY HWY
ELKO, NV 89801

ELKO OVERHEAD DOOR LLC
1076 RIVER STREET
ELKO, NV 89801

ELKO TRUSS
PO BOX 1884
ELKO, NV 89803

EMPIRE HOME LOANS
Acct No xxxxx4301
7455 ARROYO CROSSING PARKWAY, SUITE 220
LAS VEGAS, NV 89113

EMPIRE SOUTHWEST LLC
1725 S. COUNTRY CLUB DRIVE
MESA, AZ 85210

FAST GLASS
PO BOX 3989
SPARKS, NV 89432-3989

FAULSTICH & RAND CONSTRUCTION CO., INC.
4881 MOHAWK AVENUE
ELKO, NV 89801

FCI LENDER SERVICES, INC.
Acct No xxxxx0712
8180 E. KAISER BLVD.
ANAHEIM, CA 92808-2277

FCI LENDER SERVICES, INC.
Acct No xxxxx0718
8180 E. KAISER BLVD.
ANAHEIM, CA 92808-2277

FCI LENDER SERVICES, INC.
Acct No xxxxx2016
8180 E. KAISER BLVD.
ANAHEIM, CA 92808-2277

FCI LENDER SERVICES, INC.
Acct No xxxxx2013
8180 E. KAISER BLVD.
ANAHEIM, CA 92808-2277

FERGUSON ENTERPRISES, LLC
1095 SOUTH ROCK BLVD.
RENO, NV 89502

FINANCIAL PACIFIC LEASING
3455 SOUTH 344TH WAY, SUITE 300
AUBURN, WA 98001

FIRST-CITIZENS BANK & TRUST CO.
Acct No xxx-xxxxxx0-000
10201 CENTURION PARKWAY NORTH, STE. 100
JACKSONVILLE, FL 32256

FIRST-CITIZENS BANK & TRUST CO.
Acct No xxx-xxxxxx3-000
10201 CENTURION PARKWAY NORTH, STE. 100
JACKSONVILLE, FL 32256

FIRST-CITIZENS BANK & TRUST CO.
Acct No xxx-xxxxxx9-000
10201 CENTURION PARKWAY NORTH, STE. 100
JACKSONVILLE, FL 32256

FIRST-CITIZENS BANK & TRUST CO.
Acct No xxx-xxxxxx3-000
10201 CENTURION PARKWAY NORTH, STE. 100
JACKSONVILLE, FL 32256

HARNEY ROCK AND PAVING CO.
PO BOX 800
HINES, OR 97738

HIGH DESERT ENGINEERING
640 IDAHO STREET
ELKO, NV 89801

HOME DEPOT CREDIT SERVICES
Acct No xxx6766
P.O. BOX 790328
ST. LOUIS, MO 63179

KCON LLC
2626 PLATINUM DRIVE
ELKO, NV 89801

LANSING BUILDING PRODUCTS
Acct No xxx6445
PO BOX 6649
RICHMOND, VA 23230-0629

LANSING BUILDING PRODUCTS
PO BOX 6649
RICHMOND, VA 23230-0629

LIMA ONE CAPITAL
Acct No xxxx7766
300 E. MCBEE AVE., STE. 200
GREENVILLE, SC 29601

LINDSAY WINDOW & DOOR LLC
13510 CENTRAL ROAD
APPLE VALLEY, CA 92308

LUKE FITZGERALD
2403 N 5TH STREET
ELKO, NV 89801

MP&E CONSTRUCTION, INC.
2403 N 5TH STREET
ELKO, NV 89801

PARKER SOLUTIONS LLC
303 3RD STREET, STE. B
ELKO, NV 89801-3686

PAUL SMITH
251 FLORA DRIVE
ELKO, NV 89801

QUALITY TRUSS & LUMBER
21005 HIGHWAY 30
FILER, ID 83328

REALTOR.COM
PO BOX 844009
DALLAS, TX 75284-4009

REGAN SLACK
4829 VICTORY BLVD.
ELKO, NV 89801

RF MORTGAGE SERVICES
Acct No xxxx0421
550 WEST ADAMS STREET, SUITE 950
CHICAGO, IL 60661

SCOTT SILVER
HC 62 BOX 62259
EUREKA, NV 89316

SELENE FINANCE LP
Acct No xxxxxx5345
PO BOX 660369
DALLAS, TX 75266-0369

SELENE FINANCE LP
Acct No xxxxxx0078
PO BOX 660369
DALLAS, TX 75266-0369

SELENE FINANCE LP
Acct No xxxxxx8422
PO BOX 660369
DALLAS, TX 75266-0369

SILVER STATE FIRE LLC
PO BOX 1465
ELKO, NV 89803

SILVER STATE ROCK PRODUCTS
PO BOX 800
HINES, OR 97738

```
SIMPLY TOPZZ
9227 SOUTH 3140 WEST
WEST JORDAN, UT 84088

STEWART TITLE & TRUST
Acct No xxxxxxxxxx0173
C/O BRIAN & MARCO ZAMORA GREEN
3104 E. CAMELBACK RD., #620
PHOENIX, AZ 85016

STEWART TITLE & TRUST
Acct No xxxxxxxxxx0069
C/O JONES FAMILY TRUST DATED 02/26/2018
3104 E. CAMELBACK RD., #620
PHOENIX, AZ 85016

TRIPLE S-STEEL
PO BOX 301212
DALLAS, TX 75303-1212

U.S. BANK CORP.
Acct No xxx-xxxxxx1-000
17650 NE SANDY BLVD.
PORTLAND, OR 97230-5000

UNITED RENTALS
4820 E IDAHO
ELKO, NV 89801-4673

US SMALL BUSINESS ADMINISTRATION
Acct No xxxxxx7801
SBA DISASTER LOAN SERVICE CENTER
1545 HAWKINS BLVD, STE 202
EL PASO, TX 79925

VEGA CONSTRUCTION & TRUCKING CO.
4100 IDAHO STREET
ELKO, NV 89801

WAFD BANK
Acct No xxxx8395
PO BOX 1460
BOISE, ID 83701-1460

WELLS FARGO BUSINESS CARD
Acct No xxxx6308
PO BOX 77033
MINNEAPOLIS, MN 55480-7733

WESLEY ERWIN & SAMATHA COOK
2489 N 5TH STREET
ELKO, NV 89801
```

```
WESTERN NEVADA SUPPLY
950 S. ROCK BLVD.
SPARKS, NV 89431

WONDERLAND TRUST
ATTN:  ROBERT FITZGERALD, TRUSTEE
PO BOX 8070
RENO, NV 89507
```

# United States Bankruptcy Court
## District of Nevada

In re  **KOINONIA CONSTRUCTION INC**
_____  Case No.  _____
Debtor(s)  Chapter  **11**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **KOINONIA CONSTRUCTION INC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  3, 2026**
_____
Date

/s/ STEPHEN R. HARRIS
_____
**STEPHEN R. HARRIS**
Signature of Attorney or Litigant
Counsel for   **KOINONIA CONSTRUCTION INC**
_____
**HARRIS LAW PRACTICE LLC**
**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
**775-786-7600 Fax:775-786-7764**
**steve@harrislawreno.com**