E-filed on __**April 28, 2026**__

**STEPHEN R. HARRIS**
Name

**001463 NV**
Bar Code #

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Address

**775-786-7600**
Phone Number

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:    **KOINONIA CONSTRUCTION INC**

Case No.: **26-50335**
Chapter: **11**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐     Voluntary Petition (specify reason for amendment)
- ☐     Summary of Schedules
- ☐     Statistical Summary of Certain Liabilities
- ☐     Schedule A - Real Property
- ☐     Schedule B - Personal Property
- ☐     Schedule C - Property Claimed as exempt
- ☑     Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐     Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐     Schedule H - CoDebtors
- ☐     Schedule I - Current Income of Individual Debtor(s)
- ☐     Schedule J - Current Expenditures of Individual Debtor(s)
- ☐     Declaration Concerning Debtor's Schedules
- ☐     Statement of Financial Affairs and/or Declaration
- ☐     Chapter 7 Individual Debtor's Statement of Intention
- ☐     Disclosure of Compensation of Attorney for Debtor(s)
- ☐     Statement of Current Monthly Income and Means Test Calculation
- ☐     Certification of Credit Counseling
- ☐     Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on __**April 28, 2026**__

## Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ LUKE FITZGERALD

LUKE FITZGERALD

**Debtor's Signature**

**Date:** April 28, 2026

**Fill in this information to identify the case:**

Debtor name  **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **26-50335**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$3,445.25** |
| | **ABC SUPPLY CO., INC.**<br>**1 ABC PKWY**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$700.00** |
| | **AIR TIGHT, LLC**<br>**PO BOX 2145**<br>**Dayton, NV 89403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$9,876.69** |
| | **ALSIDE SUPPLY CENTER**<br>**2875 SOUTH 1030 WEST**<br>**Salt Lake City, UT 84119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$1,537.50** |
| | **AMPLIFIED DIGITAL**<br>**LEE ADVERTISING**<br>**PO BOX 4690**<br>**Carol Stream, IL 60197-4690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **KOINONIA CONSTRUCTION INC**                     Case number (if known)    **26-50335**
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,762.67 |

**BRAEMAR HVAC**
**717 W. IDAHO STREET**
**Elko, NV 89801-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,819.74 |

**CAPITAL ONE**
**PO BOX 31293**
**Salt Lake City, UT 84131-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __3719__

Basis for the claim: __BUSINESS CREDIT CARD PURCHASES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $784.49 |

**CED ELKO**
**PO BOX 207082**
**Dallas, TX 75320-7082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,746.81 |

**CHASE**
**PO BOX 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __8186__

Basis for the claim: __BUSINESS CREDIT CARD PURCHASES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,803.95 |

**ELKO DAILY FREE PRESS**
**LEE ADVERTISING**
**PO BOX 4690**
**Carol Stream, IL 60197-4690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,394.00 |

**ELKO TRUSS**
**PO BOX 1884**
**Elko, NV 89803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,809.92 |

**FAST GLASS**
**PO BOX 3989**
**Sparks, NV 89432-3989**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __GOODS/ SERVICES FOR BUSINESS__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **KOINONIA CONSTRUCTION INC**                          Case number (if known)   **26-50335**
         Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,708.02 |
|---|---|---|---|

**FERGUSON ENTERPRISES, LLC**
**1095 SOUTH ROCK BLVD.**
**Reno, NV 89502**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,433.50 |
|---|---|---|---|

**HARNEY ROCK AND PAVING CO.**
**PO BOX 800**
**Hines, OR 97738**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,289.91 |
|---|---|---|---|

**HIGH DESERT ENGINEERING**
**640 IDAHO STREET**
**Elko, NV 89801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,367.97 |
|---|---|---|---|

**HOME DEPOT CREDIT SERVICES**
**P.O. BOX 790328**
**ST. LOUIS, MO 63179**

Date(s) debt was incurred __
Last 4 digits of account number **6766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,904.11 |
|---|---|---|---|

**LANSING BUILDING PRODUCTS**
**PO BOX 6649**
**Richmond, VA 23230-0629**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**LINDSAY WINDOW & DOOR LLC**
**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**LISA JANE TURNER**
**2446 CRESTVIEW DRIVE**
**Elko, NV 89801**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 3 of 6

| Debtor | KOINONIA CONSTRUCTION INC | Case number (if known) | 26-50335 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,898.16 |
|---|---|---|---|

**LUKE FITZGERALD**
**2403 N 5TH STREET**
**Elko, NV 89801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **MONEY LOANED FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289,227.95 |
|---|---|---|---|

**MP&E CONSTRUCTION, INC.**
**2403 N 5TH STREET**
**Elko, NV 89801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **MONEY LOANED FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,503.35 |
|---|---|---|---|

**PARKER SOLUTIONS LLC**
**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,093.26 |
|---|---|---|---|

**QUALITY TRUSS & LUMBER**
**21005 HIGHWAY 30**
**Filer, ID 83328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.00 |
|---|---|---|---|

**REALTOR.COM**
**PO BOX 844009**
**Dallas, TX 75284-4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**SCOTT SILVER**
**HC 62 BOX 62259**
**Eureka, NV 89316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.67 |
|---|---|---|---|

**SILVER STATE FIRE LLC**
**PO BOX 1465**
**Elko, NV 89803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 4 of 6

Debtor   **KOINONIA CONSTRUCTION INC**                                    Case number (if known)   **26-50335**
         <sub>Name</sub>

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $612.09 |
|---|---|---|---|

**SIMPLY TOPZZ**
**9227 SOUTH 3140 WEST**
**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,836.28 |
|---|---|---|---|

**TRIPLE S-STEEL**
**PO BOX 301212**
**Dallas, TX 75303-1212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,873.98 |
|---|---|---|---|

**UNITED RENTALS**
**4820 E IDAHO**
**Elko, NV 89801-4673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,169.95 |
|---|---|---|---|

**WAFD BANK**
**PO BOX 1460**
**Boise, ID 83701-1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**

Last 4 digits of account number  **8395**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,668.65 |
|---|---|---|---|

**WELLS FARGO BUSINESS CARD**
**PO BOX 77033**
**Minneapolis, MN 55480-7733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **BUSINESS CREDIT CARD PURCHASES**

Last 4 digits of account number  **6308**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,292.43 |
|---|---|---|---|

**WESTERN NEVADA SUPPLY**
**950 S. ROCK BLVD.**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **GOODS/ SERVICES FOR BUSINESS**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154,955.55 |
|---|---|---|---|

**WONDERLAND TRUST**
**ATTN:  ROBERT FITZGERALD, TRUSTEE**
**PO BOX 8070**
**Reno, NV 89507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MONEY LOANED FOR BUSINESS**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **KOINONIA CONSTRUCTION INC**                                        Case number (if known)   **26-50335**
                   Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **LISA K. MENDEZ, ESQ.**<br>**927 IDAHO STREET**<br>**Elko, NV 89801** | Line **3.18**<br><br>☐   Not listed. Explain ____ | — |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 775,158.85 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 775,158.85 |