E-filed on ___**May  7, 2026**___

**STEPHEN R. HARRIS**
Name

**001463 NV**
Bar Code #

**850 E. PATRIOT BLVD.**
**SUITE F**
**Reno, NV 89511**
Address

**775-786-7600**
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   **KOINONIA CONSTRUCTION INC**

Case No.:  **26-50335**

Chapter:  **11**

Trustee  _____

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☑ Summary of Schedules
- ☑ Statistical Summary of Certain Liabilities
- ☑ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  - ☑ Add/delete creditor(s), change amount or classification of debt - **$34 Fee required**
  - ☐ Add/change address of already listed creditor - **No fee**
- ☐ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☐ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

E-filed on    **May  7, 2026**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ LUKE FITZGERALD

LUKE FITZGERALD

**Debtor's Signature**

Date:    May  7, 2026

**Fill in this information to identify the case:**

Debtor name    **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **26-50335**

■ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $    **5,134,300.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $    **775,976.89**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $    **5,910,276.89**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **6,364,530.81**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **775,158.85**

4.  **Total liabilities** ................................................................................................................
    Lines 2 + 3a + 3b    $    **7,139,689.66**

**Fill in this information to identify the case:**

Debtor name  **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)   **26-50335**

■ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$12.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **WAFED BANK** | **CHECKING** | **8652** | **$146.21** |
| 3.2. | **WAFED BANK** | **CHECKING** | **9915** | **$176.23** |
| 3.3. | **WAFED BANK** | **CHECKING** | **9923** | **$87.20** |
| 3.4. | **WAFED BANK** | **CHECKING** | **9931** | **$255.11** |
| 3.5. | **WAFED BANK** | **SAVINGS** | **8660** | **$55.18** |
| 3.6. | **ELKO FEDERAL CREDIT UNION** | **SAVINGS** | | **$109.78** |

Debtor   **KOINONIA CONSTRUCTION INC**                          Case number (If known)  **26-50335**
_____
          Name

4.        **Other cash equivalents** (Identify all)

5.        **Total of Part 1.**                                                                    | $841.71 |

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.        **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

     7.1.  **SOUTHWEST GAS SECURITY DEPOSIT**                                      $8,520.46

     7.2.  **FOURTH JUDICIAL DISTRICT COURT**
           **MONEY HELD IN DIVORCE ACTION**                                       $51,291.69

8.        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

9.        **Total of Part 2.**                                                                 | $59,812.15 |

          Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

     11a. 90 days old or less:        22,695.91        -         0.00  = ....          $22,695.91
                                     face amount              doubtful or uncollectible accounts

12.       **Total of Part 3.**                                                                 | $22,695.91 |

          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Debtor    **KOINONIA CONSTRUCTION INC**                              Case number *(If known)*  **26-50335**
                    Name

19.     **Raw materials**
          **WINDOW SUPPLIES**          02/28/2026                    $5,000.00      **DEBTOR**                    $5,000.00

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                    | $5,000.00 |
          Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
          ■ No
          ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
          ■ No
          ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **3 DESKS, 3 CHAIRS, 1 PLOTER** | Unknown | DEBTOR | $275.00 |
| **MISCELLANEOUS STAGING FURNITURE** | Unknown | DEBTOR | $2,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **3 LAPTOPS, 2 PRINTERS** | Unknown | DEBTOR | $500.00 |
| **MISCELLANEOUS TOOLS** | Unknown | DEBTOR | $3,000.00 |

Debtor    **KOINONIA CONSTRUCTION INC**
          Name

Case number *(If known)* **26-50335**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $6,275.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2004 VOLVO VHD 14X4 SUPER 18 DUMP TRUCK** | Unknown | DEBTOR | $15,000.00 |
| 47.2.  **1991 FORD F-700 4X2 FLATBED DUMP TRUCK** | Unknown | DEBTOR | $1,000.00 |
| 47.3.  **2003 FORD F-350 4X2 FLATBED DUMP TRUCK** | Unknown | DEBTOR | $1,000.00 |
| 47.4.  **2010 MINI COOPER** | Unknown | DEBTOR | $1,000.00 |
| 47.5.  **2018 TOW-MASTER T-50 36 FT TRI/A EQUIPMENT TRAILER** | Unknown | DEBTOR | $20,000.00 |
| 47.6.  **2012 MACK CXU613 6X4 T/A DUMP TRUCK** | Unknown | DEBTOR | $15,000.00 |
| 47.7.  **1984 INTERNATIONAL F1954 6X4 T/A CAB & CHASSIS** | Unknown | DEBTOR | $2,500.00 |
| 47.8.  **1990 BMY HARSCO M923A2 4700 GALLON 6X6 WATER TRUCK** | Unknown | DEBTOR | $10,000.00 |
| 47.9.  **2020 DIAMOND C DUMP** | Unknown | DEBTOR | $7,000.00 |
| 47.10.  **TOY HAULER** | Unknown | DEBTOR | $6,000.00 |

Debtor   **KOINONIA CONSTRUCTION INC**                          Case number *(If known)*  **26-50335**
        Name

| | | | | |
|---|---|---|---|---|
| 47.11. | **CAMP TRAILER** | Unknown | DEBTOR | $6,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **2023 LANDHONOR UHA-16-3000G SKID STEER HITCH RECEIVER** | Unknown | DEBTOR | $150.00 |
| **QUANTITY OF 7 FT X 6 IN X 5 FT IN SITE FENCE (UNUSED)** | Unknown | DEBTOR | $100.00 |
| **QUANTITY OF (30) 7 FT 6 IN X 5 FT 6 IN POWDER COATED CANEX SITE FENCE (UNUSED)** | Unknown | DEBTOR | $100.00 |
| **2023 EMILIANA SERBATOI AM-TANK 800 800 GAL SKID MOUNTD STEEL DIESEL FUEL TANK (UNUSED)** | Unknown | DEBTOR | $1,500.00 |
| **2023 SUIHE F-10 10 FT FORK EXTENSIONS (UNUSED)** | Unknown | DEBTOR | $150.00 |
| **BRIDGE (UNUSED)** | Unknown | DEBTOR | $1,500.00 |
| **20 FT PORTABLE LOADING DOCK** | Unknown | DEBTOR | $1,500.00 |
| **2023 SUIHE FB1920 19 FT X 20 FT FOLDING PORTABLE STORAGE BUILDING (UNUSED)** | Unknown | DEBTOR | $10,000.00 |
| **2013 SKYTRAK 8042 TELEHANDLER** | Unknown | DEBTOR | $20,000.00 |
| **2005 CAT TH460B TELEHANDLER** | Unknown | DEBTOR | $25,000.00 |
| **2016 CATERPILLAR 420F2ST BACKHOE** | Unknown | DEBTOR | $30,000.00 |
| **30 IN RIPPER EXCAVATOR BUCKET** | Unknown | | $500.00 |
| **TWO 8 FT X 10 FT TRACK OUT DEVICE** | Unknown | DEBTOR | $1,000.00 |
| **2023 AGROTK 40 FT ONE-WAY HIGH CUBE MULTI-DOOR STORAGE CONTAINER** | Unknown | DEBTOR | $5,000.00 |

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number *(If known)*  **26-50335**
Name

| | | | |
|---|---|---|---|
| **2023 SUIHE NC-40HQ -4 40 FT ONE-WAY HIGH CUBE MUTLI-DOOR STORAGE CONTAINER** | Unknown | DEBTOR | $5,000.00 |
| **QUANTITY OF (6) 2023 FUEL SOLUTION SRI 4B-100.75 AINTERLOCKING TRAFFIC OR CONSTRUCTION BARRIER (UNUSED)** | Unknown | DEBTOR | $100.00 |
| **2023 AGROTK 40 FT HIGH CUBE MULTI-DOOR STORAGE CONTAINER** | Unknown | DEBTOR | $2,500.00 |
| **2001 CAT 980G WHEEL LOADER** | Unknown | DEBTOR | $30,000.00 |
| **VOLVO 235 EXCAVATOR** | Unknown | DEBTOR | $125,000.00 |
| **2017 HAULOTTE 4527A TOWABLE LIFT** | Unknown | DEBTOR | $12,000.00 |
| **QUANTITY OF ROAD SIGNS** | Unknown | DEBTOR | $50.00 |
| **20 FT FLATBED BODY BODY** | Unknown | DEBTOR | $500.00 |
| **QUANTITY OF (21) ZEPHYR-STAND PARTS MISC SHOP, WAREHOUSE, CONSUMER** | Unknown | DEBTOR | $25.00 |
| **2001 TERRAMITE RIDE ON BROOM** | Unknown | DEBTOR | $500.00 |
| **PIPE WHEEL LOADER FORKS** | Unknown | DEBTOR | $500.00 |
| **GRADALL 9140 5082 16 FT JIB** | Unknown | DEBTOR | $400.00 |
| **WOLVERINE ZW-PBS0072W 72 IN. HYDRAULIC SKID STEER BROOM** | Unknown | DEBTOR | $200.00 |
| **SUIHE 40 FT CONTAINER** | Unknown | DEBTOR | $5,000.00 |
| **2016 CATEPILLAR PC104B 18 IN. HYDRAULIC SKID STEER PLANER** | Unknown | DEBTOR | $1,500.00 |
| **40 IN. SPADE SKID STEER BUCKET** | Unknown | DEBTOR | $100.00 |
| **JBX 4000 48 IN. SKID STEER FORKS** | Unknown | DEBTOR | $300.00 |
| **48 IN. SKID STEER FORKS** | Unknown | DEBTOR | $300.00 |
| **2007 JLG G943A 9000 LB 4X4X4 TELESCOPIC FORKLIFT** | Unknown | DEBTOR | $15,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  6

Debtor   **KOINONIA CONSTRUCTION INC**
Name

Case number *(If known)* **26-50335**

| | | | |
|---|---|---|---|
| **TMG PC90 PLATE COMPACTOR** | Unknown | DEBTOR | $150.00 |
| **MOWER KING SSRC 72 IN. SKID STEER MOWER** | Unknown | DEBTOR | $50.00 |
| **TERAN RIPPEREC140 EXCAVATOR RIPPER** | Unknown | DEBTOR | $150.00 |
| **12 FT X 9 FT ROCK SCREEN** | Unknown | DEBTOR | $1,000.00 |
| **2005 HYUNDAI ROBEX 450LC-7 HYDRAULIC EXCAVATOR** | Unknown | DEBTOR | $15,000.00 |
| **2021 CAT** | Unknown | DEBTOR | $25,000.00 |
| **2020 DIAMOND C DOVE** | Unknown | DEBTOR | $10,000.00 |
| **KOMATSU DOZER** | Unknown | DEBTOR | $25,000.00 |
| **CAT 835 SHEEPFOOT** | Unknown | DEBTOR | $15,000.00 |
| **CASE 785 GRADER** | Unknown | DEBT0R | $0.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$471,325.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    KOINONIA CONSTRUCTION INC                          Case number *(If known)*  **26-50335**
          Name

| 55.1. | **MOUNTAIN VIEW**<br>**APN:  MULTIPLE**<br>**16 LOTS REMAINING**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $400,000.00 |
|---|---|---|---|---|---|
| 55.2. | **METZLER**<br>**APN 001740020**<br>**LAND**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $150,000.00 |
| 55.3. | **2413 N 5TH STREET,**<br>**ELKO, NV**<br>**APN:  00161M003**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $350,000.00 |
| 55.4. | **2421 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M005**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $350,000.00 |
| 55.5. | **2427 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M007**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $355,000.00 |
| 55.6. | **2489 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M019**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $340,000.00 |
| 55.7. | **2503 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M021**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $345,000.00 |
| 55.8. | **2505 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M022**<br>**TOWNHOUSE**<br>**IN CONTRACT** | Fee simple | Unknown | DEBTOR | $345,000.00 |
| 55.9. | **2511 N 5TH STREET,**<br>**ELKO, NEVADA**<br>**APN:  00161M023**<br>**TOWNHOUSE** | Fee simple | Unknown | DEBTOR | $340,000.00 |

Debtor   **KOINONIA CONSTRUCTION INC**                                    Case number *(If known)* **26-50335**
Name

| | | | | |
|---|---|---|---|---|
| 55.10· | **2519 N 5TH STREET, ELKO, NEVADA APN: 00161M025 TOWNHOUSE** | Fee simple | Unknown | DEBTOR | $340,000.00 |
| 55.11· | **2618 PLATINUM, ELKO, NEVADA APN: 00161J044 SINGLE FAMILY RESIDENCE** | Fee simple | Unknown | DEBTOR | $489,900.00 |
| 55.12· | **251 FLORA DRIVE, ELKO, NEVADA APN: 00609K088 SINGLE FAMILY RESIDENCE** | Fee simple | Unknown | DEBTOR | $294,600.00 |
| 55.13· | **453 IDAHO STREET, ELKO, NEVADA APN: 001262009 COMMERCIAL BUILDING** | Fee simple | Unknown | DEBTOR | $599,900.00 |
| 55.14· | **2617 PLATINUM, ELKO, NEVADA APN: 00161J042 SINGLE FAMILY RESIDENCE** | Fee simple | Unknown | DEBTOR | $434,900.00 |

56.   **Total of Part 9.**                                                                          | $5,134,300.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor  __KOINONIA CONSTRUCTION INC__          Case number *(If known)* __26-50335__
           Name

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**INVICTUS WEALTH HOMES, LLC FOR LOT PURCHASE SOUTH 5TH STREET, ELKO, NEVADA**

__102,027.12__ - __0.00__ =
Total face amount       doubtful or uncollectible amount

**$102,027.12**

**LEGACY DEMOLITION GRIZZLY LOTS**

__108,000.00__ - __0.00__ =
Total face amount       doubtful or uncollectible amount

**$108,000.00**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$210,027.12**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **KOINONIA CONSTRUCTION INC**
Name

Case number *(If known)*  **26-50335**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $841.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $59,812.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,695.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,275.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $471,325.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................................> | | $5,134,300.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $210,027.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $775,976.89 | + 91b. $5,134,300.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,910,276.89 |

---

**Fill in this information to identify the case:**

Debtor name   **KOINONIA CONSTRUCTION INC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **26-50335**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 1ST SOURCE BANK**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**SECURED BY VOLVO 235 EXCAVATOR** | $160,362.96 | $125,000.00 |

**2.1  1ST SOURCE BANK**
Creditor's Name

**PO BOX 4055
South Bend, IN 46634**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2463**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**SECURED BY VOLVO 235 EXCAVATOR**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$160,362.96**   Column B: **$125,000.00**

---

**2.2  AIR TIGHT, LLC**
Creditor's Name

**PO BOX 2145
Dayton, NV 89403**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2489 N 5TH STREET, ELKO, NEVADA
APN:  00161M019
TOWNHOUSE
IN CONTRACT**

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$350.00**   Column B: **$340,000.00**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 31

| Debtor | **KOINONIA CONSTRUCTION INC** | Case number (if known) | **26-50335** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. LIMA ONE CAPITAL**
**2. AIR TIGHT, LLC**
**3. ALSIDE SUPPLY CENTER**
**4. QUALITY TRUSS & LUMBER**
**5. WESTERN NEVADA SUPPLY**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AIR TIGHT, LLC** | | | $350.00 | $345,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

**PO BOX 2145**
**Dayton, NV 89403**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCI LENDER SERVICES, INC.**
**2. PARKER SOLUTIONS LLC**
**3. WESTERN NEVADA SUPPLY**
**4. AIR TIGHT, LLC**
**5. ALSIDE SUPPLY CENTER**
**6. FAST GLASS**
**7. QUALITY TRUSS & LUMBER**

---

| 2.4 | **AIR TIGHT, LLC** | | | $350.00 | $340,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**PO BOX 2145**
**Dayton, NV 89403**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **KOINONIA CONSTRUCTION INC** | Case number (if known) | **26-50335** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. FCI LENDER SERVICES, INC.**
**2. QUALITY TRUSS & LUMBER**
**3. AIR TIGHT, LLC**
**4. ALSIDE SUPPLY CENTER**
**5. ELKO TRUSS**
**6. HARNEY ROCK AND PAVING CO.**
**7. LANSING BUILDING PRODUCTS**
**8. LINDSAY WINDOW & DOOR LLC**
**9. PARKER SOLUTIONS LLC**
**10. SIMPLY TOPZZ**
**11. TRIPLE S-STEEL**
**12. WESTERN NEVADA SUPPLY**

---

| 2.5 | **ALSIDE SUPPLY CENTER** | **Describe debtor's property that is subject to a lien** | $7,165.49 | $340,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2489 N 5TH STREET, ELKO, NEVADA** | | |
| | | **APN:  00161M019** | | |
| | **2875 SOUTH 1030 WEST** | **TOWNHOUSE** | | |
| | **Salt Lake City, UT 84119** | **IN CONTRACT** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.6 | **ALSIDE SUPPLY CENTER** | **Describe debtor's property that is subject to a lien** | $7,165.47 | $345,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2503 N 5TH STREET, ELKO, NEVADA** | | |
| | | **APN:  00161M021** | | |
| | **2875 SOUTH 1030 WEST** | **TOWNHOUSE** | | |
| | **Salt Lake City, UT 84119** | **IN CONTRACT** | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Mechanic's Lien**

Debtor **KOINONIA CONSTRUCTION INC**                    Case number (if known)    **26-50335**
Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **ALSIDE SUPPLY CENTER** | | $7,165.46 | $345,000.00 |

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |

**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTRACT**

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCI LENDER SERVICES, INC.**
**2. ALSIDE SUPPLY CENTER**
**3. FAST GLASS**
**4. PARKER SOLUTIONS LLC**
**5. QUALITY TRUSS & LUMBER**
**6. WESTERN NEVADA SUPPLY**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **ALSIDE SUPPLY CENTER** | | $7,165.46 | $340,000.00 |

| | Creditor's Name | **Describe debtor's property that is subject to a lien** |

**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known)    **26-50335**
_____
Name

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **ALSIDE SUPPLY CENTER** | **Describe debtor's property that is subject to a lien** | **$1,047.38** | **$340,000.00** |
|---|---|---|---|---|

Creditor's Name

**2875 SOUTH 1030 WEST**
**Salt Lake City, UT 84119**
_____
Creditor's mailing address

**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FCI LENDER SERVICES, INC.**
**2. ELKO OVERHEAD DOOR LLC**
**3. SILVER STATE ROCK PRODUCTS**
**4. SIMPLY TOPZZ**
**5. ALSIDE SUPPLY CENTER**
**6. ELKO TRUSS**
**7. HARNEY ROCK AND PAVING CO.**
**8. LANSING BUILDING PRODUCTS**
**9. LINDSAY WINDOW & DOOR LLC**
**10. PARKER SOLUTIONS LLC**
**11. TRIPLE S-STEEL**
**12. WESTERN NEVADA SUPPLY**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CAT FINANCIAL** | **Describe debtor's property that is subject to a lien** | **$4,262.14** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**2120 WEST END AVENUE**
**Nashville, TN 37203**
_____
Creditor's mailing address

**2021 CAT**

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 31

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)   **26-50335**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8193**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **CED ELKO** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 207082**
**Dallas, TX 75320-7082**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION**

$5,206.36          $51,291.69

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CED ELKO**
**2. FAULSTICH & RAND CONSTRUCTION CO., INC.**
**3. FERGUSON ENTERPRISES, LLC**
**4. HARNEY ROCK AND PAVING CO.**
**5. HIGH DESERT ENGINEERING**
**6. UNITED RENTALS**
**7. VEGA CONSTRUCTION & TRUCKING CO.**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **ELKO COUNTY TREASURER'S OFFICE** | | |
|---|---|---|---|

Creditor's Name

**571 IDAHO STREET, SUITE 101**
**Elko, NV 89801**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**ALL REAL PROPERTIES**

$23,539.18          Unknown

**Describe the lien**
**TAX LIEN**

---

Debtor  **KOINONIA CONSTRUCTION INC**
_____
Name

Case number (if known)  **26-50335**
_____

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **ELKO FEDERAL CREDIT UNION**<br>Creditor's Name<br><br>**2397 MOUNTAIN CITY HWY**<br>**Elko, NV 89801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2007 JLG G943A 9000 LB 4X4X4 TELESCOPIC FORKLIFT** | **$2,740.29** | **$15,000.00** |
|---|---|---|---|---|

**Describe the lien**
**UCC-1**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0122**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **ELKO OVERHEAD DOOR LLC**<br>Creditor's Name<br><br>**1076 RIVER STREET**<br>**Elko, NV 89801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**2519 N 5TH STREET, ELKO, NEVADA**<br>**APN: 00161M025**<br>**TOWNHOUSE** | **$3,050.00** | **$340,000.00** |
|---|---|---|---|---|

**Describe the lien**
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) **26-50335**

- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.9**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 5 | **ELKO TRUSS** | | $5,394.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1884**
**Elko, NV 89803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | **ELKO TRUSS** | | $5,394.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1884**
**Elko, NV 89803**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.9**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes
**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 7 | **EMPIRE HOME LOANS** | | $252,633.00 | $355,000.00 |
|---|---|---|---|---|

Creditor's Name

**7455 ARROYO CROSSING PARKWAY, SUITE 220**
**Las Vegas, NV 89113**

**Describe debtor's property that is subject to a lien**
**2427 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M007**
**TOWNHOUSE**
**IN CONTRACT**

---

**Debtor**   **KOINONIA CONSTRUCTION INC**

Name

Case number (if known)   **26-50335**

Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4301**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.18**

**FAST GLASS**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

$2,283.55   $345,000.00

**PO BOX 3989**
**Sparks, NV 89432-3989**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Unliquidated

☐ Disputed

---

**2.19**

**FAST GLASS**

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTRACT**

$788.22   $345,000.00

**PO BOX 3989**
**Sparks, NV 89432-3989**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) **26-50335**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.7** | ☐ Disputed |

---

**2.20** | **FAULSTICH & RAND CONSTRUCTION CO., INC.**
Creditor's Name

4881 MOHAWK AVENUE
Elko, NV 89801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
MOUNTAIN VIEW
APN:  MULTIPLE
16 LOTS REMAINING IN CONTRACT

**Describe the lien**
FIRST DEED OF TRUST

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$210,454.75**   **$400,000.00**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.21** | **FAULSTICH & RAND CONSTRUCTION CO., INC.**
Creditor's Name

4881 MOHAWK AVENUE
Elko, NV 89801
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
SECURED BY FOURTH JUDICIAL DISTRICT COURT MONEY
HELD IN DIVORCE ACTION

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$24,975.00**   **$51,291.69**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

**2.22** | **FCI LENDER SERVICES, INC.**
Creditor's Name

8180 E. KAISER BLVD.
Anaheim, CA 92808-2277

**Describe debtor's property that is subject to a lien**
2519 N 5TH STREET, ELKO, NEVADA
APN:  00161M025
TOWNHOUSE

**$265,143.84**   **$340,000.00**

| Debtor | **KOINONIA CONSTRUCTION INC** | Case number (if known) | **26-50335** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0712**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **FCI LENDER SERVICES, INC.** | | | | $260,655.97 | $340,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**8180 E. KAISER BLVD.**
**Anaheim, CA 92808-2277**

Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0718**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **FCI LENDER SERVICES, INC.** | | | | $262,500.00 | $345,000.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTRACT**

**8180 E. KAISER BLVD.**
**Anaheim, CA 92808-2277**

Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2016**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) **26-50335**

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

☐ Unliquidated

☐ Disputed

---

**2.2 5** | **FCI LENDER SERVICES, INC.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M021**
**TOWNHOUSE**
**IN CONTRACT**

$275,934.31 | $345,000.00

**8180 E. KAISER BLVD.**
**Anaheim, CA 92808-2277**
Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**
**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2013**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Unliquidated

☐ Disputed

---

**2.2 6** | **FERGUSON ENTERPRISES, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**FOURTH JUDICIAL DISTRICT COURT**
**MONEY HELD IN DIVORCE ACTION**

$2,708.02 | $51,291.69

**1095 SOUTH ROCK BLVD.**
**Reno, NV 89502**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

☐ Unliquidated

☐ Disputed

---

**2.2 7** | **FINANCIAL PACIFIC LEASING**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**SECURED BY 2016 CATERPILLAR 420F2ST**
**BACKHOE**

$64,035.17 | $30,000.00

**3455 SOUTH 344TH WAY, SUITE 300**
**Auburn, WA 98001**

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)   **26-50335**

| Creditor's mailing address | **Describe the lien** |
| | **UCC-1** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.28**

**FIRST-CITIZENS BANK & TRUST CO.**
Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2005 CAT TH460B TELEHANDLER**

$22,113.38     $25,000.00

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

**2.29**

**FIRST-CITIZENS BANK & TRUST CO.**
Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 SKYTRAK 8042 TELEHANDLER**

$20,000.00     $20,000.00

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0000**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 31

Debtor   **KOINONIA CONSTRUCTION INC**                               Case number (if known)   **26-50335**

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.30**   **FIRST-CITIZENS BANK & TRUST CO.**

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**

Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
**3000**

Describe debtor's property that is subject to a lien               $13,785.74      $20,000.00

**2018 TOW-MASTER T-50 36 FT TRI/A EQUIPMENT TRAILER**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.31**   **FIRST-CITIZENS BANK & TRUST CO.**

Creditor's Name

**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**

Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**


**Last 4 digits of account number**
**9000**

Describe debtor's property that is subject to a lien               $28,996.17      $30,000.00

**2001 CAT 980G WHEEL LOADER**

Describe the lien
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.32**   **FIRST-CITIZENS BANK & TRUST CO.**               Describe debtor's property that is subject to a lien      $9,694.35      $12,000.00

---

| | |
|---|---|
| Debtor **KOINONIA CONSTRUCTION INC** | Case number (if known) **26-50335** |
| Name | |

**Creditor's Name**
**10201 CENTURION PARKWAY NORTH, STE. 100**
**Jacksonville, FL 32256**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2017 HAULOTTE 4527A TOWABLE LIFT**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.33 | **HARNEY ROCK AND PAVING CO.** | | $3,114.96 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 800**
**Hines, OR 97738**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.34 | **HARNEY ROCK AND PAVING CO.** | | $2,974.68 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 800**
**Hines, OR 97738**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor **KOINONIA CONSTRUCTION INC**        Case number (if known) **26-50335**

Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

**2.35**    **HARNEY ROCK AND PAVING CO.**

Creditor's Name

**PO BOX 800 Hines, OR 97738**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,218.07        $51,291.69

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

**2.36**    **HIGH DESERT ENGINEERING**

Creditor's Name

**640 IDAHO STREET Elko, NV 89801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$4,005.06        $51,291.69

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

**2.37**    **HOFF, STEPHEN**        **Describe debtor's property that is subject to a lien**        $368,000.00        $434,900.00

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 16 of 31

Debtor    **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)    **26-50335**

Creditor's Name

**2617 PLATINUM, ELKO, NEVADA**
**APN: 00161J042**
**SINGLE FAMILY RESIDENCE**

**PO BOX 1169**
**Wilson, WY 83014**
Creditor's mailing address

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**06/07/04**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.38 | **LANSING BUILDING PRODUCTS** | | $17,000.13 | $489,900.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2618 PLATINUM, ELKO, NEVADA**
**APN: 00161J044**
**SINGLE FAMILY RESIDENCE**

**PO BOX 6649**
**Richmond, VA 23230-0629**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6445**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. SELENE FINANCE LP**
**2. LANSING BUILDING PRODUCTS**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.39 | **LANSING BUILDING PRODUCTS** | | $48.00 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M023**
**TOWNHOUSE**

**PO BOX 6649**
**Richmond, VA 23230-0629**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

Debtor    **KOINONIA CONSTRUCTION INC**                    Case number (if known)    **26-50335**
_____
Name

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

| 2.40 | **LANSING BUILDING PRODUCTS** | **Describe debtor's property that is subject to a lien** | | **$48.02** | **$340,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 6649**
**Richmond, VA 23230-0629**

Creditor's mailing address

**2519 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

| 2.41 | **LIMA ONE CAPITAL** | **Describe debtor's property that is subject to a lien** | | **$255,042.00** | **$340,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**300 E. McBEE AVE., STE. 200**
**Greenville, SC 29601**

Creditor's mailing address

**2489 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M019**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7766**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

Debtor   **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)   **26-50335**

| 2.4 2 | **LINDSAY WINDOW & DOOR LLC** | | $70.79 | $340,000.00 |

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

Creditor's Name

**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **LINDSAY WINDOW & DOOR LLC** | | $1,929.21 | $340,000.00 |

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

Creditor's Name

**13510 CENTRAL ROAD**
**Apple Valley, CA 92308**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 4 | **PARKER SOLUTIONS LLC** | | $3,219.40 | $345,000.00 |

**Describe debtor's property that is subject to a lien**
**2503 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M021**
**TOWNHOUSE**
**IN CONTRACT**

Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Debtor    **KOINONIA CONSTRUCTION INC**                          Case number (if known)          **26-50335**
          Name

**Date debt was incurred**                ☐ No

                                          ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
☐ No                                      ☐ Contingent
■ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.3**

---

| 2.4 5 | **PARKER SOLUTIONS LLC** | Describe debtor's property that is subject to a lien | $3,219.40 | $345,000.00 |
|---|---|---|---|---|

Creditor's Name

**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**303 3RD STREET, STE. B**            **TOWNHOUSE**
**Elko, NV 89801-3686**              **IN CONTRACT**
Creditor's mailing address

                                     **Describe the lien**
                                     **Mechanic's Lien**
                                     **Is the creditor an insider or related party?**

                                     ■ No
Creditor's email address, if known   ☐ Yes
                                     **Is anyone else liable on this claim?**
**Date debt was incurred**           ☐ No
                                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☐ No                                 ☐ Contingent
■ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.7**

---

| 2.4 6 | **PARKER SOLUTIONS LLC** | Describe debtor's property that is subject to a lien | $3,278.40 | $340,000.00 |
|---|---|---|---|---|

Creditor's Name

**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**303 3RD STREET, STE. B**            **TOWNHOUSE**
**Elko, NV 89801-3686**
Creditor's mailing address

                                     **Describe the lien**
                                     **Mechanic's Lien**
                                     **Is the creditor an insider or related party?**

                                     ■ No
Creditor's email address, if known   ☐ Yes
                                     **Is anyone else liable on this claim?**
**Date debt was incurred**           ☐ No
                                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☐ No                                 ☐ Contingent
■ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**Specified on line 2.4**

---

Debtor    **KOINONIA CONSTRUCTION INC**
          <sub>Name</sub>                                    Case number (if known)    **26-50335**

---

**2.4 7**

**PARKER SOLUTIONS LLC**
Creditor's Name

**303 3RD STREET, STE. B**
**Elko, NV 89801-3686**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

Describe debtor's property that is subject to a lien
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,279.00      $340,000.00

---

**2.4 8**

**PAUL SMITH**
Creditor's Name

**251 FLORA DRIVE**
**Elko, NV 89801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SELENE FINANCE LP**
**2. PAUL SMITH**

Describe debtor's property that is subject to a lien
**251 FLORA DRIVE, ELKO, NEVADA**
**APN:  00609K088**
**SINGLE FAMILY RESIDENCE**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,000.00      $294,600.00

---

**2.4 9**

**QUALITY TRUSS & LUMBER**
Creditor's Name

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**SECURED BY 2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

$32,668.58      $340,000.00

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known) **26-50335**

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.50 | **QUALITY TRUSS & LUMBER**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2489 N 5TH STREET, ELKO, NEVADA**<br>**APN:  00161M019**<br>**TOWNHOUSE**<br>**IN CONTRACT** | $1,795.95 | $340,000.00 |

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.51 | **QUALITY TRUSS & LUMBER**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2503 N 5TH STREET, ELKO, NEVADA**<br>**APN:  00161M021**<br>**TOWNHOUSE**<br>**IN CONTRACT** | $13,822.76 | $345,000.00 |

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **KOINONIA CONSTRUCTION INC** | Case number (if known) | **26-50335** |
|---|---|---|---|
| | Name | | |

---

**2.52** **QUALITY TRUSS & LUMBER**
Creditor's Name

**21005 HIGHWAY 30**
**Filer, ID 83328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M022**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,822.76          $345,000.00

---

**2.53** **RF MORTGAGE SERVICES**
Creditor's Name

**550 WEST ADAMS STREET, SUITE 950**
**Chicago, IL 60661**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0421**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2413 N 5TH STREET, ELKO, NV**
**APN:  00161M003**
**TOWNHOUSE**
**IN CONTRACT**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$252,251.85          $350,000.00

---

**2.54** **SELENE FINANCE LP**
Creditor's Name

**PO BOX 660369**
**Dallas, TX 75266-0369**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2618 PLATINUM, ELKO, NEVADA**
**APN:  00161J044**
**SINGLE FAMILY RESIDENCE**

**Describe the lien**
**DEED OF TRUST**

**Is the creditor an insider or related party?**
■ No

$385,831.36          $489,900.00

---

Debtor   **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)   **26-50335**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5345**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.38**

Is anyone else liable on this claim?
☐ Yes
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.55**

**SELENE FINANCE LP**
Creditor's Name

**PO BOX 660369**
**Dallas, TX 75266-0369**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0078**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.48**

Describe debtor's property that is subject to a lien
**251 FLORA DRIVE, ELKO, NEVADA**
**APN:  00609K088**
**SINGLE FAMILY RESIDENCE**

Describe the lien
**DEED OF TRUST**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$238,255.30   $294,600.00

---

**2.56**

**SELENE FINANCE LP**
Creditor's Name

**PO BOX 660369**
**Dallas, TX 75266-0369**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8422**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2421 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M005**
**TOWNHOUSE**
**IN CONTRACT**

Describe the lien
**DEED OF TRUST**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$247,745.58   $350,000.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 24 of 31

Debtor **KOINONIA CONSTRUCTION INC**                     Case number (if known) **26-50335**
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **SILVER STATE ROCK PRODUCTS** | | **$24,922.39** | **$340,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 800**
**Hines, OR 97738**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 8 | **SIMPLY TOPZZ** | | **$3,900.00** | **$340,000.00** |
|---|---|---|---|---|

Creditor's Name

**9227 SOUTH 3140 WEST**
**West Jordan, UT 84088**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 9 | **SIMPLY TOPZZ** | | **$3,900.00** | **$340,000.00** |
|---|---|---|---|---|

Creditor's Name

**9227 SOUTH 3140 WEST**
**West Jordan, UT 84088**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**

---

Debtor   **KOINONIA CONSTRUCTION INC**
<br>Name

Case number (if known)   **26-50335**

---

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.60**

**STEWART TITLE & TRUST**
<br>Creditor's Name

**C/O BRIAN & MARCO ZAMORA GREEN**
**3104 E. CAMELBACK RD., #620**
**Phoenix, AZ 85016**
<br>Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0173**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**SECURED BY METZLER**
**APN 001740020**
**LAND**
**IN CONTRACT**

**Describe the lien**

**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$155,000.00   $150,000.00

---

**2.61**

**STEWART TITLE & TRUST**
<br>Creditor's Name

**C/O JONES FAMILY TRUST DATED 02/26/2018**
**3104 E. CAMELBACK RD., #620**
**Phoenix, AZ 85016**
<br>Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0069**

**Describe debtor's property that is subject to a lien**

**453 IDAHO STREET, ELKO, NEVADA**
**APN:  001262009**
**COMMERCIAL BUILDING**

**Describe the lien**

**DEED OF TRUST**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$278,426.53   $599,900.00

---

Debtor    **KOINONIA CONSTRUCTION INC**                      Case number (if known)    **26-50335**
　　　　　　Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.6 2**

**TRIPLE S-STEEL**
Creditor's Name

**PO BOX 301212**
**Dallas, TX 75303-1212**
Creditor's mailing address




Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M023**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$612.09        $340,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.4** | ☐ Disputed |

---

**2.6 3**

**TRIPLE S-STEEL**
Creditor's Name

**PO BOX 301212**
**Dallas, TX 75303-1212**
Creditor's mailing address




Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$612.10        $340,000.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.9** | ☐ Disputed |

---

**2.6 4**

**U.S. BANK CORP.**
Creditor's Name

**17650 NE SANDY BLVD.**
**Portland, OR 97230-5000**

**Describe debtor's property that is subject to a lien**
**2012 MACK CXU613 6X4 T/A DUMP TRUCK**

$12,166.84        $15,000.00

---

Debtor **KOINONIA CONSTRUCTION INC**
Name

Case number (if known)   **26-50335**

| | |
|---|---|
| **Creditor's mailing address** | **Describe the lien**<br>**SECURED LIEN** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**1000** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.65 | **UNITED RENTALS**<br>Creditor's Name<br><br>**4820 E IDAHO**<br>**Elko, NV 89801-4673**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**FOURTH JUDICIAL DISTRICT COURT**<br>**MONEY HELD IN DIVORCE ACTION** | $2,912.30 | $51,291.69 |
|---|---|---|---|---|

| | |
|---|---|
| | **Describe the lien**<br>**Mechanic's Lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.11** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.66 | **US SMALL BUSINESS ADMINISTRATION**<br>Creditor's Name<br><br>**SBA DISASTER LOAN SERVICE CENTER**<br>**1545 HAWKINS BLVD, STE 202**<br>**El Paso, TX 79925**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**MONEY LOANED FOR BUSINESS** | $2,024,624.43 | $0.00 |
|---|---|---|---|---|

| | |
|---|---|
| | **Describe the lien**<br>**UCC-1** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?**<br>☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7801** | |

Debtor   **KOINONIA CONSTRUCTION INC**
_____
Name

Case number (if known)   **26-50335**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.67 | **VEGA CONSTRUCTION & TRUCKING CO.** | | $10,141.26 | $51,291.69 |

Creditor's Name

**4100 IDAHO STREET**
**Elko, NV 89801**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**FOURTH JUDICIAL DISTRICT COURT MONEY HELD IN DIVORCE ACTION**
_____

Describe the lien
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.11**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.68 | **WESTERN NEVADA SUPPLY** | | $2,785.26 | $345,000.00 |

Creditor's Name

**950 S. ROCK BLVD.**
**Sparks, NV 89431**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2503 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M021**
**TOWNHOUSE**
**IN CONTRACT**
_____

Describe the lien
**Mechanic's Lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.69 | **WESTERN NEVADA SUPPLY** | Describe debtor's property that is subject to a lien | $91.33 | $340,000.00 |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 29 of 31

Debtor   **KOINONIA CONSTRUCTION INC**                          Case number (if known)   **26-50335**
_____                    _____
            Name

| Creditor's Name | **2489 N 5TH STREET, ELKO, NEVADA**<br>**APN: 00161M019**<br>**TOWNHOUSE**<br>**IN CONTRACT** | | |

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.70 | **WESTERN NEVADA SUPPLY** | | $7,373.32 | $345,000.00 |
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |

**Describe debtor's property that is subject to a lien**
**2505 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M022**
**TOWNHOUSE**
**IN CONTRACT**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.71 | **WESTERN NEVADA SUPPLY** | | $4,230.83 | $340,000.00 |
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |

**Describe debtor's property that is subject to a lien**
**2511 N 5TH STREET, ELKO, NEVADA**
**APN: 00161M023**
**TOWNHOUSE**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
_____
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

Debtor   **KOINONIA CONSTRUCTION INC**
_____
Name

Case number (if known)   **26-50335**
_____

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.72 | **WESTERN NEVADA SUPPLY** | | $4,781.21 | $340,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**SECURED BY 2519 N 5TH STREET, ELKO, NEVADA**
**APN:  00161M025**
**TOWNHOUSE**

**950 S. ROCK BLVD.**
**Sparks, NV 89431**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.9**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $6,364,530.81 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |