**Koinonia Construction Inc**
**General Ledger**
**Apr-26**

| Distribution account | Transaction date | Transaction type | Num | Name | Description | Split | Amount |
|---|---|---|---|---|---|---|---|
| **CIB Money Market** | | | | | | | |
| **Wafd MM 8660** | | | | | | | |
| Beginning Balance | | | | | | | |
| Wafd MM 8660 | 04.07.2026 | Transfer | | | Deposit | CIB Checking:Wafd 9915 | 176.23 |
| Wafd MM 8660 | 04.07.2026 | Transfer | | | Deposit | CIB Checking:Wafd 9931 | 26.77 |
| Wafd MM 8660 | 04.08.2026 | Expense | | Koinonia Construction Inc | Domestic Wire Withdrawal - # 484187 Koinonia Construction Inc. | Owner's Draw | -258.18 |
| Wafd MM 8660 | 04.30.2026 | Expense | | WAFD Bank | Monthly Maintenance Fee | Bank and Credit card Fees | -12 |
| **Total for Wafd MM 8660** | | | | | | | **-67.18** |
| **Total for CIB Money Market with sub-accounts** | | | | | | | **-67.18** |
| **CIB Savings** | | | | | | | |
| **EFCU Savings** | | | | | | | |
| Beginning Balance | | | | | | | |
| EFCU Savings | 04.30.2026 | Deposit | | EFCU | Dividend Deposit | Interest Earned | 0.03 |
| **Total for EFCU Savings** | | | | | | | **0.03** |
| **Total for CIB Savings with sub-accounts** | | | | | | | **0.03** |
| **CIB Checking** | | | | | | | |
| **Wafd 8652** | | | | | | | |
| Beginning Balance | | | | | | | |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Francisco Orozco | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -3,448.87 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Rene Cortes - Garcia | Pay Period: 03/16/2026-03/29/2026 | | -2,680.88 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Rafael Roque | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -461.75 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Sergio Meraz | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -2,100.45 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Sebastian Medina Bedoya | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -554.1 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Luis Morales | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -303.45 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Francisco J. Medina | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -852.79 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Juan Carlos Perez | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -923.5 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Luis David Perez Rodriguez | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -461.75 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Lewis L. Rutter | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -2,732.04 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Alex Ramirez de Luna | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -1,228.26 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Daisy Gonzales | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -1,944.89 |
| Wafd 8652 | 04.03.2026 | Payroll Check | 8227 | Miguel Barajas | Pay Period: 03/16/2026-03/29/2026 | | -2,130.40 |
| Wafd 8652 | 04.03.2026 | Payroll Check | 8225 | Bernardo Pineda | Pay Period: 03/16/2026-03/29/2026 | | -2,535.58 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Sergio Alvaro Arcos | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -480.22 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Christhian De Jesus Rivera Garcia | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -2,399.48 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Luke R. Fitzgerald | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -1,938.07 |
| Wafd 8652 | 04.03.2026 | Payroll Check | | Paul T. Smith | Pay Period: 03/16/2026-03/29/2026 Voided check on 04/07/2026 | | -2,851.72 |
| Wafd 8652 | 04.03.2026 | Payroll Check | 8226 | Jacinto Herrera | Pay Period: 03/16/2026-03/29/2026 | | -2,092.60 |
| Wafd 8652 | 04.03.2026 | Payroll Check | 8228 | Biviano B. Castro | Pay Period: 03/16/2026-03/29/2026 | | -2,386.34 |
| Wafd 8652 | 04.03.2026 | Tax Payment | | QuickBooks Payroll | Tax withdrawal | QuickBooks Tax Holding Account | -8,426.85 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 480.22 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 1,938.07 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 1,944.89 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 852.79 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 554.1 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 2,100.45 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 303.45 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 3,448.87 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 923.5 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 461.75 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 1,228.26 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 2,399.48 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 461.75 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 2,732.04 |
| Wafd 8652 | 04.03.2026 | Payroll Adjustment | | | Funds Adjustment | | 2,851.72 |
| Wafd 8652 | 04.03.2026 | Transfer | | | Deposit - xfer from 9923 to 8652 | CIB Checking:Wafd 9923 | 1,300.00 |
| Wafd 8652 | 04.03.2026 | Transfer | | | Withdrawal - xfer from 9931 to 8652 | CIB Checking:Wafd 9931 | 500 |
| Wafd 8652 | 04.03.2026 | Expense | | NV Energy | External Withdrawal - NV ENERGY NORTH SPPCO - SPPC PYMT | Cash Clearing | -13.56 |
| Wafd 8652 | 04.03.2026 | Deposit | | NV Energy | Misc Transaction - NV ENERGY NORTH SPPCO - SPPC PYMT | Cash Clearing | 13.56 |
| Wafd 8652 | 04.03.2026 | Deposit | | Intuit | Misc Transaction - INTUIT 79482837 - TAX 18201009 | Cash Clearing | 8,426.85 |
| Wafd 8652 | 04.03.2026 | Expense | | Intuit | payroll taxes failed payment | Cash Clearing | -8,426.85 |
| Wafd 8652 | 04.06.2026 | Expense | | Farmers Insurance | External Withdrawal - FARMERS INS - EFT PYMT | Cash Clearing | -692.37 |
| Wafd 8652 | 04.06.2026 | Deposit | | Farmers Insurance | Misc Transaction - FARMERS INS - EFT PYMT | Cash Clearing | 692.37 |
| Wafd 8652 | 04.06.2026 | Expense | | America First | External Withdrawal - AMERICA FIRST CU - 5TH TRANS | Cash Clearing | -322.5 |
| Wafd 8652 | 04.06.2026 | Deposit | | America First | Misc Transaction - AMERICA FIRST CU - 5TH TRANS | Cash Clearing | 322.5 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX613079 | Cash Clearing | 50.58 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX613079 | Cash Clearing | -50.58 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX592498 | Cash Clearing | -110.39 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX592498 | Cash Clearing | 110.39 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX652542 | Cash Clearing | 96.36 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX652542 | Cash Clearing | -96.36 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX629549 | Cash Clearing | -90.88 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX592377 | Cash Clearing | 69.27 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX588252 | Cash Clearing | 54.32 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX669027 | Cash Clearing | 120.67 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX629549 | Cash Clearing | 90.88 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX669027 | Cash Clearing | -120.67 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX588252 | Cash Clearing | -54.32 |
| Wafd 8652 | 04.07.2026 | Expense | | Southwest Gas | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX592377 | Cash Clearing | -69.27 |
| Wafd 8652 | 04.07.2026 | Deposit | | | Misc Transaction - SOUTHWEST GAS - PAYMENT BXXXXXXXX598826 | Cash Clearing | 96.36 |
| Wafd 8652 | 04.07.2026 | Expense | | | External Withdrawal - SOUTHWEST GAS - PAYMENT BXXXXXXXX598826 | Cash Clearing | -96.36 |
| Wafd 8652 | 04.07.2026 | Transfer | | | Withdrawal - Transfer to *8652 CK | CIB Checking:Wafd 9931 | 228.34 |
| Wafd 8652 | 04.07.2026 | Transfer | | | Overdraft Protection Deposit | CIB Checking:Wafd 9923 | -71.1 |
| **Total for Wafd 8652** | | | | | | | **87.97** |
| **Wafd 9915** | | | | | | | |
| Beginning Balance | | | | | | | |
| Wafd 9915 | 04.07.2026 | Transfer | | | Deposit | CIB Money Market:Wafd MM 8660 | -176.23 |
| **Total for Wafd 9915** | | | | | | | **-176.23** |
| **Wafd 9923** | | | | | | | |
| Beginning Balance | | | | | | | |
| Wafd 9923 | 04.03.2026 | Transfer | | | Deposit - xfer from 9923 to 8652 | CIB Checking:Wafd 8652 | -1,300.00 |
| Wafd 9923 | 04.07.2026 | Transfer | | | Overdraft Protection Deposit | CIB Checking:Wafd 8652 | 71.1 |
| **Total for Wafd 9923** | | | | | | | **-1,228.90** |
| **Wafd 9931** | | | | | | | |
| Beginning Balance | | | | | | | |
| Wafd 9931 | 04.03.2026 | Transfer | | | Withdrawal - xfer from 9931 to 8652 | CIB Checking:Wafd 8652 | -500 |
| Wafd 9931 | 04.07.2026 | Transfer | | | Withdrawal - Transfer to *8652 CK | CIB Checking:Wafd 8652 | -228.34 |
| Wafd 9931 | 04.07.2026 | Transfer | | | Deposit | CIB Money Market:Wafd MM 8660 | -26.77 |
| **Total for Wafd 9931** | | | | | | | **-755.11** |

Cash Basis Thursday, May 21, 2026 08:07 AM GMT-07:00

| Koinonia Remaining capital assets as of 04/30/2026 | APN | Estimated Market Value |
|---|---|---|
| 453 Idaho St., Elko NV | 001262009 | 599,900.00 |
| 251 Flora Dr., Spring Creek NV | 00609K088 | 294,600.00 |
| 1125 Metzler Rd., Elko NV | 001740020 | 150,000.00 |
| 2617 Platinum Dr., Elko NV | 00161J042 | 434,900.00 |
| 2618 Platinum Dr., Elko NV | 00161J044 | 489,900.00 |
| 2413 North 5th Street, Elko, NV | 00161M003 | 350,000.00 |
| 2421 North 5th Street, Elko, NV | 00161M005 | 350,000.00 |
| 2427 North 5th Street, Elko, NV | 00161M007 | 355,000.00 |
| 2489 N 5th St., Elko NV | 00161M019 | 340,000.00 |
| 2503 N 5th St., Elko NV | 00161M021 | 345,000.00 |
| 2505 N 5th St., Elko NV | 00161M022 | 345,000.00 |
| 2511 N 5th St., Elko NV | 00161M023 | 340,000.00 |
| 2519 N 5th St., Elko NV | 00161M025 | 340,000.00 |
| 2453 N 5th | 00161M030 | 25,000.00 |
| 2465 N 5th | 00161M031 | 25,000.00 |
| 2469 N 5th | 00161M032 | 25,000.00 |
| 2481 N 5th | 00161M033 | 25,000.00 |
| 2485 N 5th | 00161M034 | 25,000.00 |
| 2497 N 5th | 00161M035 | 25,000.00 |
| 2501 N 5th | 00161M036 | 25,000.00 |
| 2507 N 5th | 00161M037 | 25,000.00 |
| 2509 N 5th | 00161M038 | 25,000.00 |
| 2515 N 5th | 00161M039 | 25,000.00 |
| 2517 N 5th | 00161M040 | 25,000.00 |
| 2523 N 5th | 00161M041 | 25,000.00 |
| 2527 N 5th | 00161M042 | 25,000.00 |
| 2529 N 5th | 00161M043 | 25,000.00 |
| 2535 N 5th | 00161M044 | 25,000.00 |
| 2537 N 5th | 00161M045 | 25,000.00 |
| 2004 VOLVO VHD 14X4 SUPER 18 DUMP TRUCK | | 15,000.00 |
| 1991 FORD F-700 4X2 FLATBED DUMP TRUCK | | 1,000.00 |
| 2003 FORD F-350 4X2 FLATBED DUMP TRUCK | | 1,000.00 |
| 2010 MINI COOPER | | 1,000.00 |
| 2018 TOW-MASTER T-50 36 FT TRI/A EQUIPMENT TRAILER | | 20,000.00 |
| 2012 MACK CXU613 6X4 T/A DUMP TRUCK | | 15,000.00 |
| 1984 INTERNATIONAL F1954 6X4 T/A CAB & CHASSIS | | 2,500.00 |
| 1990 BMY HARSCO M923A2 4700 GALLON 6X6 WATER TRUCK | | 10,000.00 |
| 2020 DIAMOND C DUMP | | 7,000.00 |
| TOY HAULER | | 6,000.00 |
| CAMP TRAILER | | 6,000.00 |
| 2023 LANDHONOR UHA-16-3000G SKID STEER HITCH RECEIVER | | 150.00 |
| QUANTITY OF 7 FT X 6 IN X 5 FT IN SITEFENCE (UNUSED) | | 100.00 |
| QUANTITY OF (30) 7 FT 6 IN X 5 FT 6 INPOWDER COATED CANEX SITE FENCE(UNUSED) | | 100.00 |
| 2023 EMILIANA SERBATOI AM-TANK 800 800GAL SKID MOUNTD STEEL DIESEL FUELTANI | | 1,500.00 |

| | |
|---|---:|
| 2023 SUIHE F-10 10 FT FORK EXTENSIONS(UNUSED) | 150.00 |
| BRIDGE (UNUSED) | 1,500.00 |
| 20 FT PORTABLE LOADING DOCK | 1,500.00 |
| 2023 SUIHE FB1920 19 FT X 20 FT FOLDING PORTABLE STORAGE BUILDING (UNUSED) | 10,000.00 |
| 2013 SKYTRAK 8042 TELEHANDLER | 20,000.00 |
| 2005 CAT TH460B TELEHANDLER | 25,000.00 |
| 2016 CATERPILLAR 420F2ST BACKHOE | 30,000.00 |
| 30 IN RIPPER EXCAVATOR BUCKET | 500.00 |
| TWO 8 FT X 10 FT TRACK OUT DEVICE | 1,000.00 |
| 2023 AGROTK 40 FT ONE-WAY HIGH CUBE MULTI-DOOR STORAGE CONTAINER | 5,000.00 |
| 2023 SUIHE NC-40HQ -4 40 FT ONE-WAY HIGHCUBE MUTLI-DOOR STORAGE CONTAINER | 5,000.00 |
| QUANTITY OF (6) 2023 FUEL SOLUTION SRI4B-100.75 AINTERLOCKING TRAFFIC ORCONS | 100.00 |
| 2023 AGROTK 40 FT HIGH CUBE MULTI-DOORSTORAGE CONTAINER | 2,500.00 |
| 2001 CAT 980G WHEEL LOADER | 30,000.00 |
| VOLVO 235 EXCAVATOR | 125,000.00 |
| 2017 HAULOTTE 4527A TOWABLE LIFT | 12,000.00 |
| QUANTITY OF ROAD SIGNS | 50.00 |
| 20 FT FLATBED BODY BODY | 500.00 |
| QUANTITY OF (21) ZEPHYR-STAND PARTSMISC SHOP, WAREHOUSE, CONSUMER | 25.00 |
| 2001 TERRAMITE RIDE ON BROOM | 500.00 |
| PIPE WHEEL LOADER FORKS | 500.00 |
| GRADALL 9140 5082 16 FT JIB | 400.00 |
| WOLVERINE ZW-PBS0072W 72 IN.HYDRAULIC SKID STEER BROOM | 200.00 |
| SUIHE 40 FT CONTAINER | 5,000.00 |
| 2016 CATEPILLAR PC104B 18 IN. HYDRAULICSKID STEER PLANER | 1,500.00 |
| 40 IN. SPADE SKID STEER BUCKET | 100.00 |
| JBX 4000 48 IN. SKID STEER FORKS | 300.00 |
| 48 IN. SKID STEER FORKS | 300.00 |
| 2007 JLG G943A 9000 LB 4X4X4 TELESCOPICFORKLIFT | 15,000.00 |
| TMG PC90 PLATE COMPACTOR | 150.00 |
| MOWER KING SSRC 72 IN. SKID STEERMOWER | 50.00 |
| TERAN RIPPEREC140 EXCAVATOR RIPPER | 150.00 |
| 12 FT X 9 FT ROCK SCREEN | 1,000.00 |
| 2005 HYUNDAI ROBEX 450LC-7 HYDRAULICEXCAVATOR | 15,000.00 |
| 2021 CAT | 25,000.00 |
| 2020 DIAMOND C DOVE | 10,000.00 |
| KOMATSU DOZER | 25,000.00 |
| CAT 835 SHEEPFOOT | 15,000.00 |

| Address | Unpaid taxes |
|---|---|
| 453 Idaho St. / Cedar Creek | 3,974.08 |
| 2403 North 5th Street, Elko NV | 3.21 |
| 2617 Platinum Dr., Elko NV | 3,841.32 |
| 2489 N 5th St., Elko NV | 4,041.78 |
| 2503 N 5th St., Elko NV | 3,388.14 |
| 2505 N 5th St., Elko NV | 571.77 |
| 2511 N 5th St., Elko NV | 571.77 |
| 2519 N 5th St., Elko NV | 571.77 |
| 2565 N 5th St., Elko NV | 1,271.55 |
| 2453 N 5th St., Elko NV | 571.77 |
| 2465 N 5th St., Elko NV | 571.77 |
| 2469 N 5th St., Elko NV | 571.77 |
| 2481 N 5th St., Elko NV | 571.77 |
| 2485 N 5th St., Elko NV | 571.77 |
| 2497 N 5th St., Elko NV | 571.77 |
| 2501 N 5th St., Elko NV | 571.77 |
| 2507 N 5th St., Elko NV | 571.77 |
| 2509 N 5th St., Elko NV | 571.77 |
| 2515 N 5th St., Elko NV | 571.77 |
| 2517 N 5th St., Elko NV | 571.77 |
| 2523 N 5th St., Elko NV | 571.77 |
| 2527 N 5th St., Elko NV | 571.77 |
| 2529 N 5th St., Elko NV | 571.77 |
| 2535 N 5th St., Elko NV | 571.77 |
| 2537 N 5th St., Elko NV | 571.77 |
| **Total unpaid taxes** | **23,409.63** |

**Koinonia Construction Inc**
**A/P Aging Summary Report**
**As of Apr 30, 2026**

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| ABC Supply Co. | | | | 1,198.10 | 2,247.15 | 3,445.25 |
| AIR TIGHT, LLC | -350.00 | | | | 1,750.00 | 1,400.00 |
| ALSIDE SUPPLY CENTER, SALT LAKE CITY DIV. OF ASSOCIATED MATERIALS LLC. | -11,741.45 | | 487.40 | 487.40 | 32,493.07 | 21,726.42 |
| Amplified Digital Lee Enterprises | | | | | 1,537.50 | 1,537.50 |
| Braemar HVAC Division | | | | | 4,762.67 | 4,762.67 |
| CED | -1,001.03 | 115.38 | 4,340.67 | 239.19 | 4,354.22 | 8,048.43 |
| Concrete Construction Supply | | | | | 94.55 | 94.55 |
| Elko Daily Free Press | | | | | 3,930.98 | 3,930.98 |
| Elko Overhead Door LLC | | | | | 3,050.00 | 3,050.00 |
| ELKO TRUSS | | | | | 16,182.00 | 16,182.00 |
| Fast Glass | -3,071.77 | | | | 4,881.69 | 1,809.92 |
| FAULSTICH & RAND CONSTRUCTION CO., INC. | | | | | 15,975.00 | 15,975.00 |
| Ferguson Enterprises LLC | | | | | 2,708.02 | 2,708.02 |
| Harney Rock and Paving Co | 166.71 | 172.25 | | 558.48 | 8,741.21 | 9,638.65 |
| High Desert Engineering, LLC | | 1,726.25 | 1,322.51 | 1,769.38 | 913.17 | 5,731.31 |
| Lansing | | | | 464.98 | 16,535.15 | 17,000.13 |
| Lindsay Window & Door LLC | | | | | 2,000.00 | 2,000.00 |
| Parker Solutions LLC | -6,438.80 | | | 1,400.35 | 20,126.20 | 15,087.75 |
| Quality Truss and Lumber | -25,426.59 | 38,460.55 | | -1,546.67 | 113,636.77 | 125,124.06 |
| Scott Silver | | 9,000.00 | | | | 9,000.00 |
| Sgro & Roger | | | | | 5,344.00 | 5,344.00 |
| Silver State Fire LLC | | | | | 236.67 | 236.67 |
| SIMPLY TOPZZ | | | | | 11,700.00 | 11,700.00 |
| Suburban Propane | | | | | -62.70 | -62.70 |
| Tax & Advisory Services PC | | | | 10,472.00 | | 10,472.00 |
| Triple S- Steel | | | | | 1,836.28 | 1,836.28 |
| United Rentals | | | | 38.32 | 2,873.98 | 2,912.30 |
| Vega Construction & Trucking Co | | | | 5,036.26 | 5,105.00 | 10,141.26 |
| Western Nevada Supply | -7,567.91 | | | -820.30 | 19,866.86 | 11,478.65 |
| **TOTAL** | **-55,430.84** | **49,474.43** | **6,150.58** | **19,297.49** | **302,819.44** | **322,311.10** |

# Koinonia Construction Inc

## Balance Sheet

As of Apr 30, 2026

|  | TOTAL |
|---|---|
| Assets |  |
|   Current Assets |  |
|   Bank Accounts |  |
|    Herritage (0324) - 1 | 48,473.27 |
|   **Total for Bank Accounts** | **$48,473.27** |
|   **Total for Current Assets** | **$48,473.27** |
| **Total for Assets** | **$48,473.27** |
| Liabilities and Equity |  |
|   Liabilities |  |
|   **Total for Liabilities** |  |
|   Equity |  |
|   Opening Balance Equity | 214.18 |
|   Retained Earnings |  |
|   Net Income | 48,259.09 |
|   **Total for Equity** | **$48,473.27** |
| **Total for Liabilities and Equity** | **$48,473.27** |

# Koinonia Construction Inc

## Profit and Loss

April 2026

|  | TOTAL |
| --- | ---: |
| Income | |
|   Services | |
|    Rental income | 6,500.00 |
|    Repair Services income | 900.00 |
|   **Total for Services** | **$7,400.00** |
|   Unapplied Cash Payment Income | 40,940.00 |
| **Total for Income** | **$48,340.00** |
| **Gross Profit** | **$48,340.00** |
| Expenses | |
|   General business expenses | |
|    Bank fees & service charges | 10.00 |
|   **Total for General business expenses** | **$10.00** |
|   Office expenses | |
|    Software & apps | 70.91 |
|   **Total for Office expenses** | **$70.91** |
| **Total for Expenses** | **$80.91** |
| **Net Operating Income** | **$48,259.09** |
| **Net Income** | **$48,259.09** |

7.i Woker's Compensation - We did not have the money in the bank. We plan to get caught up in May 2026.

7.i General Liability insurance - We did not have the money in the bank. We plan to get caught up in May 2026.

 **WaFd** Bank



| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 8652 |

For 24-hour banking assistance,
call 800-324-9375.

KOINONIA CONSTRUCTION INC
2403 N 5TH ST
ELKO, NV 89801-4469

37027 *

*For questions or assistance with your account(s),
please call 800-324-9375, stop by your local branch,
or send a written request to our Client Care Center
at 9929 Evergreen Way, Everett WA 98204.*

## Free Business Checking Summary - # 8652

| | |
|---|---|
| Interest Earned/Accrued this Cycle | $0.00 |
| **Beginning Balance** | **$12,198.99** |
| Interest Earned This Period | +0.00 |
| Deposits and Credits | +23,172.45 |
| Checks Paid | -12,129.25 |
| ATM, Electronic and Debit Card Withdrawals | -13,056.47 |
| Other Transactions | -10,185.72 |
| **Ending Balance** | **$0.00** |



Business
loans that are
a breed apart.

Scan the code to meet Mrs. Pugglesworth.

**WaFd** Bank
Built for Business

FDIC  All loans subject to credit approval.

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $90.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 04-02 | Deposit | 11,000.00 |
| 04-03 | Deposit xfer from 9923 to 8652 | 1,300.00 |
| 04-03 | Deposit xfer from 9931 to 8652 | 500.00 |
| 04-03 | External Withdrawal NV ENERGY NORTH SPPCO - SPPC PYMT (Returned) | 13.56 |
| 04-03 | External Withdrawal INTUIT 79482837 - TAX 18201009 (Returned) | 8,426.85 |
| 04-06 | External Withdrawal AMERICA FIRST CU - 5TH TRANS (Returned) | 322.50 |
| 04-06 | External Withdrawal FARMERS INS - EFT PYMT (Returned) | 692.37 |

Visa may provide updated debit card information, including your expiration date and card number, with merchants
that have an agreement for reoccurring payments. You may opt out of this service by calling 1-800-324-9375.

WF-01 (8/19)

## Reviewing your statement.

Please examine this statement to make certain that our records and your records agree. Should you find any discrepancies, please contact your branch within 30 days at the telephone number shown on the front of the statement.

| Check #/Debit | Amount | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

## How to balance your checkbook.

Current balance
from statement ...........$ _____

Add deposits
NOT included
in this statement ........+$ _____

...................................+$ _____

...................................+$ _____

Total............................=$ _____

Less checks & debits
outstanding ................ -$ _____

Revised
current balance ..........=$ _____

Your register
balance .........................$ _____

Add
interest earned...........+$ _____

Less
service charges ........... -$ _____

Revised
register balance..........=$ _____

$=$

└─────── THESE TOTALS SHOULD AGREE ───────┘

**If your account does not balance, please check the following carefully.**

☐ Have you correctly entered the amount of each check/withdrawal in your register?

☐ Are the amounts of your deposits entered in your register the same as those shown on this statement?

☐ Have all checks/withdrawals been deducted from your register balance?

☐ Have you checked all additions and subtractions in your register?

☐ Have you carried the correct balances forward when entering checks/withdrawals or deposits?

☐ Have you entered all debit card and automatic transfers in your register?

☐ Have you deducted all service charges from your register balance?

## In case of errors or questions about your electronic transfers.

If you think your statement is incorrect, or need more information about a transfer shown on your statement, contact the Client Care Center 1-800-324-9375 (Small Business Accounts), the Commercial Account Service Center at 1-877-423-9742 (Commercial Accounts), or visit your nearest Washington Federal Bank branch. We must hear from you no later than 30 days after the error or problem first appeared on your statement.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your inquiry and will correct any error promptly. If the error is an unauthorized Automated Clearinghouse (ACH) debit transaction, you must notify us by 4:30 PM Pacific Time on the settlement date of the unauthorized ACH transaction. If you fail to do so, we may not be responsible or liable for any such ACH debit or resulting loss. Please see the Business Deposit Account Agreement and Disclosures for transactions that are subject to the Visa® Zero Liability Policy.





version 2 (8/19)

Member

 **WaFd** Bank

**Statement of Account**

PAGE 2 OF 3

| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 8652 |

For 24-hour banking assistance, call 800-324-9375.

| Date | Description | Amount |
|---|---|---|
| 04-07 | Deposit Transfer from *9931 CK | 228.34 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106613079 (Returned) | 50.58 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106588252 (Returned) | 54.32 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106592377 (Returned) | 69.27 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106629549 (Returned) | 90.88 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106652542 (Returned) | 96.36 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106598826 (Returned) | 96.36 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106592498 (Returned) | 110.39 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106669027 (Returned) | 120.67 |
| | **Total Deposits and Credits** | **23,172.45** |

*Checks Paid*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 8207 | Apr. 7 | 303.45 | 8227 | Apr. 3 | 2,130.40 |
| 8225* | Apr. 7 | 2,535.58 | 8228 | Apr. 3 | 2,386.34 |
| 8226 | Apr. 3 | 2,092.60 | 8229 | Apr. 7 | 2,680.88 |
| | | | **Total Checks Paid** | | **$12,129.25** |

*\* All of your recent checks may not be on this statement, either because they haven't cleared yet, they were listed on one of your previous statements, or they were converted to an electronic withdrawal and may be listed below.*

*ATM, Electronic and Debit Card Withdrawals*

| Date | Description | Amount |
|---|---|---|
| 04-01 | External Withdrawal SOUTHWEST GAS - PAYMENT B26090106308589 | 128.58 |
| 04-01 | External Withdrawal NEWREZ-SHELLPOIN 20260401016941 - ACH PMT | 2,124.95 |
| 04-01 | External Withdrawal STEWARTTITLE PHX - ACH XFER | 658.83 |
| 04-03 | External Withdrawal NV ENERGY NORTH SPPCO - SPPC PYMT | 13.56 |
| 04-03 | External Withdrawal INTUIT 79482837 - TAX 18201009 | 8,426.85 |
| 04-06 | External Withdrawal AMERICA FIRST CU - 5TH TRANS | 322.50 |
| 04-06 | External Withdrawal FARMERS INS - EFT PYMT | 692.37 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106613079 | 50.58 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106588252 | 54.32 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106592377 | 69.27 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106629549 | 90.88 |

WF-01 (8/19)

 **WaFd** Bank

## Statement of Account

PAGE 3 OF 3

| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 8652 |



For 24-hour banking assistance, call 800-324-9375.

| Date | Description | Amount |
|---|---|---|
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106652542 | 96.36 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106598826 | 96.36 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106592498 | 110.39 |
| 04-07 | External Withdrawal SOUTHWEST GAS - PAYMENT B26094106669027 | 120.67 |
| | **Total ATM, Electronic and Debit Card Withdrawals** | **13,056.47** |

*Other Transactions*

| Date | Description | Amount |
|---|---|---|
| 04-02 | Withdrawal | 10,114.62 |
| 04-07 | Overdraft Protection Withdraw | 71.10 |
| 04-07 | Closeout Withdrawal | 0.00 |
| | **Total Other Transactions** | **10,185.72** |

WF-01 (8/19)

 **WaFd** Bank

**Statement of Account**
PAGE 1 OF 2

| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 8660 |

For 24-hour banking assistance,
call 800-324-9375.

KOINONIA CONSTRUCTION INC          22790 *
2403 N 5TH ST
ELKO, NV 89801-4469

*For questions or assistance with your account(s),
please call 800-324-9375, stop by your local branch,
or send a written request to our Client Care Center
at 9929 Evergreen Way, Everett WA 98204.*

## Business Premium Money Market Summary - #        8660

| | |
|---|---|
| Annual Percentage Yield Earned for this Statement Period | 0.000% |
| Interest Rate Effective   04/01/2026 | 0.000% |
| Interest Earned/Accrued this Cycle | $0.00 |
| Number of Days in this Cycle | 30 |
| Year-to-Date Interest Paid | $2.27 |

| | |
|---|---|
| **Beginning Balance** | **$55.18** |
| Interest Earned This Period | +0.00 |
| Deposits and Credits | +203.00 |
| Checks Paid | -0.00 |
| ATM, Electronic and Debit Card Withdrawals | -0.00 |
| Other Transactions | -270.18 |
| **Ending Balance** | **$-12.00** |



**Business
loans that are
a breed apart.**

*Scan the code to meet Mrs. Pugglesworth.*

**WaFd
Bank**
Built for Business

FDIC · All loans subject to credit approval.

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Deposits and Credits*

| Date | Description | Amount |
|---|---|---|
| 04-07 | Deposit | 26.77 |
| 04-07 | Deposit | 176.23 |
| | **Total Deposits and Credits** | **203.00** |

Visa may provide updated debit card information, including your expiration date and card number, with merchants
that have an agreement for reoccurring payments. You may opt out of this service by calling 1-800-324-9375.

WF-01 (8/19)

## Reviewing your statement.

Please examine this statement to make certain that our records and your records agree. Should you find any discrepancies, please contact your branch within 30 days at the telephone number shown on the front of the statement.

| Check #/Debit | Amount | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

## How to balance your checkbook.

Current balance
from statement ............$ _____

Your register
balance ........................$ _____

Add deposits
NOT included
in this statement ........+$ _____

Add
interest earned...........+$ _____

.................................+$ _____

Less
service charges........... -$ _____

.................................+$ _____

Total...........................=$ _____

Less checks & debits
outstanding ................ -$ _____

Revised
current balance ..........=$ _____

Revised
register balance..........=$ _____

THESE TOTALS SHOULD AGREE

**If your account does not balance, please check the following carefully.**

☐ Have you correctly entered the amount of each check/withdrawal in your register?

☐ Are the amounts of your deposits entered in your register the same as those shown on this statement?

☐ Have all checks/withdrawals been deducted from your register balance?

☐ Have you checked all additions and subtractions in your register?

☐ Have you carried the correct balances forward when entering checks/withdrawals or deposits?

☐ Have you entered all debit card and automatic transfers in your register?

☐ Have you deducted all service charges from your register balance?

## In case of errors or questions about your electronic transfers.

If you think your statement is incorrect, or need more information about a transfer shown on your statement, contact the Client Care Center 1-800-324-9375 (Small Business Accounts), the Commercial Account Service Center at 1-877-423-9742 (Commercial Accounts), or visit your nearest Washington Federal Bank branch. We must hear from you no later than 30 days after the error or problem first appeared on your statement.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your inquiry and will correct any error promptly. If the error is an unauthorized Automated Clearinghouse (ACH) debit transaction, you must notify us by 4:30 PM Pacific Time on the settlement date of the unauthorized ACH transaction. If you fail to do so, we may not be responsible or liable for any such ACH debit or resulting loss. Please see the Business Deposit Account Agreement and Disclosures for transactions that are subject to the Visa® Zero Liability Policy.



version 2 (8/19)



Member

 **WaFd** Bank

| Statement End Date | April 30, 2026 |
|---|---|
| Statement Begin Date | April 1, 2026 |
| Account Number | 8660 |

For 24-hour banking assistance,
call 800-324-9375.

*Other Transactions*

| Date | Description | Amount | |
|---|---|---|---|
| 04-08 | Wire Withdrawal Domestic # 484187 Koinonia Construction Inc. | 258.18 |  |
| 04-30 | Service Charge | 12.00 | |
| | **Total Other Transactions** | **270.18** | |

WF-01 (8/19)

 **WaFd** Bank

| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 9915 |

For 24-hour banking assistance, call 800-324-9375.



KOINONIA CONSTRUCTION INC
2403 N 5TH ST
ELKO, NV 89801-4469

40787 *

*For questions or assistance with your account(s), please call 800-324-9375, stop by your local branch, or send a written request to our Client Care Center at 9929 Evergreen Way, Everett WA 98204.*

## Free Business Checking Summary - #    9915

| | |
|---|---|
| Interest Earned/Accrued this Cycle | $0.00 |
| **Beginning Balance** | **$176.23** |
| Interest Earned This Period | +0.00 |
| Deposits and Credits | +0.00 |
| Checks Paid | -0.00 |
| ATM, Electronic and Debit Card Withdrawals | -0.00 |
| Other Transactions | -176.23 |
| **Ending Balance** | **$0.00** |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Business loans that are a breed apart.

Scan the code to meet Mrs. Pugglesworth.

**WaFd** Bank
Built for Business

FDIC  All loans subject to credit approval.

### Other Transactions

| Date | Description | Amount |
|---|---|---|
| 04-07 | Closeout Withdrawal | 176.23 |
| | **Total Other Transactions** | **176.23** |

WF-01 (8/19)

Visa may provide updated debit card information, including your expiration date and card number, with merchants that have an agreement for reoccurring payments. You may opt out of this service by calling 1-800-324-9375.

## Reviewing your statement.

Please examine this statement to make certain that our records and your records agree. Should you find any discrepancies, please contact your branch within 30 days at the telephone number shown on the front of the statement.

| Check #/Debit | | Amount | |
|---|---|---|---|
| | $ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total** | $ | | |

## How to balance your checkbook.

Current balance
from statement ............$ _____

Add deposits
NOT included
in this statement ........+$ _____

..................................+$ _____

..................................+$ _____

Total............................=$ _____
Less checks & debits
outstanding ................ -$ _____
Revised
current balance ..........=$ _____

Your register
balance ........................$ _____

Add
interest earned...........+$ _____

Less
service charges........... -$ _____

Revised
= register balance..........=$ _____

⬑———— THESE TOTALS SHOULD AGREE ————⬏

**If your account does not balance, please check the following carefully.**

☐ Have you correctly entered the amount of each check/withdrawal in your register?

☐ Are the amounts of your deposits entered in your register the same as those shown on this statement?

☐ Have all checks/withdrawals been deducted from your register balance?

☐ Have you checked all additions and subtractions in your register?

☐ Have you carried the correct balances forward when entering checks/withdrawals or deposits?

☐ Have you entered all debit card and automatic transfers in your register?

☐ Have you deducted all service charges from your register balance?

## In case of errors or questions about your electronic transfers.

If you think your statement is incorrect, or need more information about a transfer shown on your statement, contact the Client Care Center 1-800-324-9375 (Small Business Accounts), the Commercial Account Service Center at 1-877-423-9742 (Commercial Accounts), or visit your nearest Washington Federal Bank branch. We must hear from you no later than 30 days after the error or problem first appeared on your statement.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your inquiry and will correct any error promptly. If the error is an unauthorized Automated Clearinghouse (ACH) debit transaction, you must notify us by 4:30 PM Pacific Time on the settlement date of the unauthorized ACH transaction. If you fail to do so, we may not be responsible or liable for any such ACH debit or resulting loss. Please see the Business Deposit Account Agreement and Disclosures for transactions that are subject to the Visa® Zero Liability Policy.



version 2 (8/19)



 **WaFd** Bank

# Statement of Account
PAGE 1 OF 2

| | |
|---|---|
| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 9923 |

For 24-hour banking assistance,
call 800-324-9375.

40788

KOINONIA CONSTRUCTION INC
2403 N 5TH ST
ELKO, NV 89801-4469

*For questions or assistance with your account(s),*
*please call 800-324-9375, stop by your local branch,*
*or send a written request to our Client Care Center*
*at 9929 Evergreen Way, Everett WA 98204.*

## Free Business Checking Summary - #          9923

| | |
|---|---|
| Interest Earned/Accrued this Cycle | $0.00 |
| **Beginning Balance** | **$25,205.70** |
| Interest Earned This Period | +0.00 |
| Deposits and Credits | +71.10 |
| Checks Paid | -0.00 |
| ATM, Electronic and Debit Card Withdrawals | -158.30 |
| Other Transactions | -25,118.50 |
| **Ending Balance** | **$0.00** |



Business
loans that are
a breed apart.

Scan the code to meet Mrs. Pugglesworth.

**WaFd** Bank

Built for Business

FDIC All loans subject to credit approval.

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 04-07 | Overdraft Protection Deposit | 71.10 |
| | **Total Deposits and Credits** | **71.10** |

### ATM, Electronic and Debit Card Withdrawals

| Date | Description | Amount |
|---|---|---|
| 04-07 | External Withdrawal STATE OF NEVADA WEB PAYMENT - WEBACHPAY | 158.30 |
| | **Total ATM, Electronic and Debit Card Withdrawals** | **158.30** |

WF-01 (8/19)

Visa may provide updated debit card information, including your expiration date and card number, with merchants
that have an agreement for reoccurring payments. You may opt out of this service by calling 1-800-324-9375.

## Reviewing your statement.

Please examine this statement to make certain that our records and your records agree. Should you find any discrepancies, please contact your branch within 30 days at the telephone number shown on the front of the statement.

| Check #/Debit | Amount | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $ | |

## How to balance your checkbook.

Current balance
from statement ............$ _____

Add deposits
NOT included
in this statement ........+$ _____

..................................+$ _____

..................................+$ _____

Total...........................=$ _____

Less checks & debits
outstanding ................. -$ _____

Revised
current balance ..........=$ _____

Your register
balance ........................$ _____

Add
interest earned...........+$ _____

Less
service charges........... -$ _____

Revised
register balance..........=$ _____

= 

└──── THESE TOTALS SHOULD AGREE ────┘

**If your account does not balance, please check the following carefully.**

☐ Have you correctly entered the amount of each check/withdrawal in your register?

☐ Are the amounts of your deposits entered in your register the same as those shown on this statement?

☐ Have all checks/withdrawals been deducted from your register balance?

☐ Have you checked all additions and subtractions in your register?

☐ Have you carried the correct balances forward when entering checks/withdrawals or deposits?

☐ Have you entered all debit card and automatic transfers in your register?

☐ Have you deducted all service charges from your register balance?

## In case of errors or questions about your electronic transfers.

If you think your statement is incorrect, or need more information about a transfer shown on your statement, contact the Client Care Center 1-800-324-9375 (Small Business Accounts), the Commercial Account Service Center at 1-877-423-9742 (Commercial Accounts), or visit your nearest Washington Federal Bank branch. We must hear from you no later than 30 days after the error or problem first appeared on your statement.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your inquiry and will correct any error promptly. If the error is an unauthorized Automated Clearinghouse (ACH) debit transaction, you must notify us by 4:30 PM Pacific Time on the settlement date of the unauthorized ACH transaction. If you fail to do so, we may not be responsible or liable for any such ACH debit or resulting loss. Please see the Business Deposit Account Agreement and Disclosures for transactions that are subject to the Visa® Zero Liability Policy.

 WaFd Bank

version 2 (8/19)

 Member FDIC

 **WaFd** Bank

**Statement of Account**

PAGE  2 OF 2

| Statement End Date | April 30, 2026 |
|---|---|
| Statement Begin Date | April 1, 2026 |
| Account Number | 9923 |

For 24-hour banking assistance, call 800-324-9375.

*Other Transactions*



| Date | Description | Amount |
|---|---|---|
| 04-01 | Withdrawal xfer from 9923 to 5926 | 3,200.00 |
| 04-01 | NOW Withdrawal CFC To Emmylou Pader San Pedro BILL PMT +1-8 | 911.00 |
| 04-03 | Withdrawal xfer from 9923 to 8652 | 1,300.00 |
| 04-03 | Withdrawal | 2,480.50 |
| 04-03 | Withdrawal | 17,227.00 |
| 04-07 | Closeout Withdrawal | 0.00 |
| | **Total Other Transactions** | **25,118.50** |

WF-01 (8/19)

 **WaFd** Bank

**Statement of Account**
PAGE 1 OF 1

| Statement End Date | April 30, 2026 |
| Statement Begin Date | April 1, 2026 |
| Account Number | 9931 |

For 24-hour banking assistance,
call 800-324-9375.

40789 *

KOINONIA CONSTRUCTION INC
2403 N 5TH ST
ELKO, NV 89801-4469

*For questions or assistance with your account(s),
please call 800-324-9375, stop by your local branch,
or send a written request to our Client Care Center
at 9929 Evergreen Way, Everett WA 98204.*

## Free Business Checking Summary - #        9931

| | |
|---|---:|
| Interest Earned/Accrued this Cycle | $0.00 |
| | |
| **Beginning Balance** | **$755.11** |
| Interest Earned This Period | +0.00 |
| Deposits and Credits | +0.00 |
| Checks Paid | -0.00 |
| ATM, Electronic and Debit Card Withdrawals | -0.00 |
| Other Transactions | -755.11 |
| **Ending Balance** | **$0.00** |



Business
loans that are
a breed apart.

Scan the code to meet Mrs. Pugglesworth.

**WaFd** Bank
Built for Business

FDIC  All loans subject to credit approval.

| | Total for This Period | Total Year-to-Date |
|---|---:|---:|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Other Transactions*

| Date | Description | Amount |
|---|---|---:|
| 04-03 | Withdrawal xfer from 9931 to 8652 | 500.00 |
| 04-07 | Withdrawal Transfer to *8652 CK | 228.34 |
| 04-07 | Closeout Withdrawal | 26.77 |
| | **Total Other Transactions** | **755.11** |

WF-01 (8/19)

Visa may provide updated debit card information, including your expiration date and card number, with merchants
that have an agreement for reoccurring payments. You may opt out of this service by calling 1-800-324-9375.

## Reviewing your statement.

Please examine this statement to make certain that our records and your records agree. Should you find any discrepancies, please contact your branch within 30 days at the telephone number shown on the front of the statement.

| Check #/Debit | Amount | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

## How to balance your checkbook.

Current balance
from statement ............$ _____

Your register
balance ........................$ _____

Add deposits
NOT included
in this statement ........+$ _____

Add
interest earned...........+$ _____

.....................................+$ _____

Less
service charges........... -$ _____

.....................................+$ _____

Total............................=$ _____

Less checks & debits
outstanding ................ -$ _____

Revised
current balance ..........=$ _____

Revised
= register balance..........=$ _____

└——— THESE TOTALS SHOULD AGREE ———┘

**If your account does not balance, please check the following carefully.**

- ☐ Have you correctly entered the amount of each check/withdrawal in your register?
- ☐ Are the amounts of your deposits entered in your register the same as those shown on this statement?
- ☐ Have all checks/withdrawals been deducted from your register balance?
- ☐ Have you checked all additions and subtractions in your register?
- ☐ Have you carried the correct balances forward when entering checks/withdrawals or deposits?
- ☐ Have you entered all debit card and automatic transfers in your register?
- ☐ Have you deducted all service charges from your register balance?

## In case of errors or questions about your electronic transfers.

If you think your statement is incorrect, or need more information about a transfer shown on your statement, contact the Client Care Center 1-800-324-9375 (Small Business Accounts), the Commercial Account Service Center at 1-877-423-9742 (Commercial Accounts), or visit your nearest Washington Federal Bank branch. We must hear from you no later than 30 days after the error or problem first appeared on your statement.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your inquiry and will correct any error promptly. If the error is an unauthorized Automated Clearinghouse (ACH) debit transaction, you must notify us by 4:30 PM Pacific Time on the settlement date of the unauthorized ACH transaction. If you fail to do so, we may not be responsible or liable for any such ACH debit or resulting loss. Please see the Business Deposit Account Agreement and Disclosures for transactions that are subject to the Visa® Zero Liability Policy.

 WaFd Bank

version 2 (8/19)

 Member
FDIC



**Heritage Bank** *of Nevada*
Division of Glacier Bank

2330 S Virginia St
Reno, NV 89502



143649-04A**003638
KOINONIA CONSTRUCTION INC
DIP ACCOUNT CASE 26-50335
2403 N 5TH ST
ELKO NV 89801



**TELL A FRIEND**
about **Totally Free Checking** and you'll both get a **free gift!**

For more information, call 775-348-1000
or stop by one of our branches.
See fee schedule for details

 Member FDIC

| Customer Service: | Website: |
|---|---|
| 775-348-1000 | www.heritagebanknevada.com |

# Statement of Account

**Account Title:**    **KOINONIA CONSTRUCTION INC**
**DIP ACCOUNT CASE 26-50335**

## Statement Dates 4/06/26 to 4/30/26 (25 days)

### TOTALLY FREE BUSINESS CHECKING - XXXXXX0324

| | | | |
|---|---|---|---|
| **Previous Balance** | **$0.00** | Average Ledger | $7,956.66 |
| Deposits/Credits (3) | $48,598.18 | Average Collected | $7,956.66 |
| Checks/Debits (3) | $80.91 | | |
| Service Charge | $0.00 | | |
| Interest Paid | $0.00 | | |
| **Ending Balance** | **$48,517.27** | | |

## Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/08 | Wire Transfer Credit Koinonia Construction Inc. WaFd Bank 20260408GMQFMP01005953 20260408MMQFMPBM00019904081026 FT01 | | $258.18 | $258.18 |
| 4/08 | Domestic Wire Transfer Fee | -$10.00 | | $248.18 |
| 4/27 | DDA Regular Deposit | | $47,440.00 | $47,688.18 |
| 4/27 | INTUIT 80043623   DEPOSIT CCD    524771119386567 021000021569478 | | $900.00 | $48,588.18 |
| 4/27 | INTUIT 83762623   TRAN FEE CCD    524771119386567 021000021706946 | -$26.91 | | $48,561.27 |
| 4/30 | DBT CRD 0924 04/30/26 67682177 INTUIT *QBooks Online CL.INTUIT.COMCA C# 1104 | -$44.00 | | $48,517.27 |



**Member FDIC**    EQUAL HOUSING LENDER

Version 3 - 01/2023



**Heritage Bank** *of Nevada*
Division of Glacier Bank

| Outstanding Items<br>(ATM/Debit Card withdrawals, checks written but not yet<br>charged to your account) | | | |
|---|---|---|---|
| Check No. | Amount | Check No. | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Subtotal** |  | **Subtotal** |  |

### How to Balance Your Account

Reconciling your account statement is an important step to ensure that all transactions are correct and accounted for. Reconciling involves comparing the items in your checkbook which the bank has not processed and those on the bank statement but not recorded in your checkbook.  Use the steps below to reconcile your checkbook to the bank statement. Glacier Family of Banks also offers an online checkbook reconciliation on each division's website. Type "checkbook" in the Search option to access it.

- Mark off each item against your checkbook.  Those not marked will be outstanding items.
- Note any bank or other charges or automatic deposits on the statement, not in your checkbook.
- Fill in the following form to complete reconcilement.

**Adjusted Checkbook Balance and Adjusted Statement Balance Should Agree**

| Checkbook Balance | $ |
|---|---|
| Add any deposits including automatic deposits not | + |
| yet entered in your checkbook | + |
| (be sure to enter them) | + |
|  | + |
| **Subtotal** | **$** |
| Subtract Service Charge<br>(here and in your checkbook) | - |
| Subtract any automatic loan payments or other | - |
| automatic charges not yet entered | - |
| in your checkbook | - |
| (be sure to subtract from checkbook) | - |
|  | - |
| **Adjusted Checkbook Balance** | **$** |

| Checking Balance (shown on the statement) | $ |
|---|---|
| Add deposits outstanding not yet credited | + |
| to your account (include any automatic deposits | + |
| expected, not yet credited) | + |
|  | + |
|  | + |
| **Subtotal** | **$** |
|  | - |
| Subtract Outstanding Items (use the subtotal | - |
| amount) | - |
|  | - |
|  | - |
| **Adjusted Statement Balance** | **$** |

## Important Information Concerning Your Account

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT

Telephone us or write us at the phone number and address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the   FIRST statement on which the error or problem appeared.
1) Tell us your name and account number (if any)
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

HOW FINANCE CHARGES ARE CALCULATED ON OVERDRAFT PROTECTION LINES OF CREDIT
A. Finance charges are imposed on principal advances under your line and begin to accrue on the day an advance is posted to your line: THERE IS NO GRACE PERIOD. We figure (a portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/loans), and subtract any payments or credits (and unpaid finance charges).  This gives us the daily balance. Then, we add up all the daily balances in the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".
B. New Balance Calculation
The New Balance shown on the face of this statement is calculated by (1) Starting with the "Beginning Balance" (the New Balance from the previous month's statement) (2) subtracting total payments and (3) adding total advances including, if applicable, Credit Life premiums, check printing charges, returned check charges, or any other

miscellaneous charges outlined in your loan agreement) and (4) adding total Finance Charges.
C. Payments
The minimum periodic payment shown on the front of this statement:
1) will, in the case of OVERDRAFT PROTECTION LINE OF CREDIT, be automatically deducted from your checking account at the end of each billing cycle normally thirty (30) days
or
2) must, in the case of LINE OF CREDIT ACCOUNTS, be delivered or mailed with the coupon section of this statement and check, money order or cash to the bank of account.
Payments shall be applied first to any unpaid Finance Charges and second to the principal balance outstanding.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL
If you think your bill is wrong of if you need more information about a transaction on your bill, write us (on a separate sheet) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter give us the following information:
Your name and account number
The dollar amount of suspected error
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

REPURCHASE AGREEMENT AND FDIC INSURANCE
Customer funds held in a Repurchase Agreement are not a deposit and therefore not insured by the FDIC. Such funds are subject to the terms and limitations of the Sweep Account Master Repurchase Agreement.

00012104





Date 04/27/26          Check No          Amount $47,440.00

**PAGE INTENTIONALLY LEFT BLANK**

Elko FCU

5/21/26, 8:04 AM

## XXX 62-S0001

Luke Fitzgerald



| | Transaction Description | Date | Amount | Balance |
|---|---|---|---|---|
| ↙ | Dividend Deposit | Apr 30, 2026 | $0.03 | $109.81 |
| ↗ | Check Withdrawal | Apr 1, 2026 | -$2,500.00 | $109.78 |
| | Withdrawal Transfer To L 0122 | Apr 1, 2026 | -$706.83 | $2,609.78 ⌄ |
| ↙ | Dividend Deposit | Mar 31, 2026 | $0.99 | $3,316.61 |
| ↙ | Dividend Deposit | Feb 28, 2026 | $0.89 | $3,315.62 |
| ↙ | Dividend Deposit | Jan 31, 2026 | $0.98 | $3,314.73 |
| **Transaction Description** | | **Date** | **Amount** | **Balance** |
| | ~~issue your 2025 loan~~ interest refund. Thank you for being a member of EFCU. We appreciate you! | Jan 26, 2026 | $0.00 | $3,313.75 |
| ↙ | Deposit Loan Interest Refund | Jan 26, 2026 | $16.73 | $3,313.75 |
| ↙ | Dividend Deposit 0030846862-0001-YEAR-END DIVIDEND REFUND | Jan 23, 2026 | $22.06 | $3,297.02 |
| ↙ | Dividend Deposit | Dec 31, 2025 | $0.97 | $3,274.96 |
| ↙ | Dividend Deposit | Nov 30, 2025 | $0.94 | $3,273.99 |
| ↙ | Dividend Deposit | Oct 31, 2025 | $0.97 | $3,273.05 |
| ↙ | Dividend Deposit | Sep 30, 2025 | $0.94 | $3,272.08 |
| ↙ | Dividend Deposit | Aug 31, 2025 | $0.97 | $3,271.14 |